

A. Robert Pietrzak
Dorothy J. Spenner
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Louis Schioppo, Jr., Christine E. Cole, David M. Duzyk and Edwin F. McMichael*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

FORT WORTH EMPLOYEES' RETIREMENT FUND, On Behalf of Itself and All Others Similarly Situated,

      Plaintiff,

vs.

J.P. MORGAN CHASE & CO., J.P. MORGAN ACQUISITION CORP., JP MORGAN ACCEPTANCE, J.P. MORGAN SECURITIES INC., JP MORGAN MORTGAGE TRUST 2007-S2, JP MORGAN MORTGAGE TRUST 2007-S3, JP MORGAN MORTGAGE TRUST 2007-A3, JP MORGAN MORTGAGE TRUST 2007-A4, JP MORGAN ALTERNATIVE LOAN TRUST 2007-S1, JP MORGAN ALTERNATIVE LOAN TRUST 2007-A2, JP MORGAN MORTGAGE ACQUISITION TRUST 2007-CH4, JP MORGAN MORTGAGE ACQUISITION TRUST 2007-CH5, JP MORGAN MORTGAGE TRUST 2007-A5, JP MORGAN MORTGAGE TRUST 2007-A6, JP MORGAN MORTGAGE ACQUISITION TRUST 2007-CH3, JP MORGAN MORTGAGE ACQUISITION TRUST 2007-CH6, MOODY'S INVESTOR SERVICES, INC., A DIVISION OF MOODY'S CORP., MCGRAW-HILL COMPANIES, INC., FITCH, INC., BRIAN BERNARD, LOUIS SCHIOPPO JR., CHRISTINE E. COLE, DAVID M. DUZYK, WILLIAM KING, and EDWIN F. MCMICHAEL,

      Defendants.

------------------------------------------------x

No. 09 Civ. _____

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants JPMorgan Chase & Co.,[1] J.P. Morgan Mortgage Acquisition Corp.,[2] J.P. Morgan Acceptance Corporation I,[3] and J.P. Morgan Securities Inc. certifies that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the stock of Defendants JPMorgan Chase & Co., J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, and J.P. Morgan Securities Inc.:

- JPMorgan Chase & Co.

Dated: New York, New York
April 10, 2009

SIDLEY AUSTIN LLP

By: _____
A. Robert Pietrzak
Dorothy J. Spenner
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Louis Schioppo, Jr., Christine E. Cole, David M. Duzyk and Edwin F. McMichael*

---

[1] Plaintiff appears to incorrectly identify JPMorgan Chase & Co. as J.P. Morgan Chase & Co.
[2] Plaintiff appears to incorrectly identify J.P. Morgan Mortgage Acquisition Corp. as J.P. Morgan Acquisition Corp.
[3] Plaintiff appears to incorrectly identify J.P. Morgan Acceptance Corporation I as JP Morgan Acceptance.