A. Robert Pietrzak
Dorothy J. Spenner
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Louis Schioppo, Jr., Christine E. Cole, David M. Duzyk and Edwin F. McMichael*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FORT WORTH EMPLOYEES' RETIREMENT FUND, On Behalf of Itself and All Others Similarly Situated,

                Plaintiff,

vs.

J.P. MORGAN CHASE & CO., J.P. MORGAN ACQUISITION CORP., JP MORGAN ACCEPTANCE, J.P. MORGAN SECURITIES, INC., JP MORGAN MORTGAGE TRUST 2007-S2, JP MORGAN MORTGAGE TRUST 2007-S3, JP MORGAN MORTGAGE TRUST 2007-A3, JP MORGAN MORTGAGE TRUST 2007-A4, JP MORGAN ALTERNATIVE LOAN TRUST 2007-S1, JP MORGAN ALTERNATIVE LOAN TRUST 2007-A2, JP MORGAN MORTGAGE ACQUISITION TRUST 2007-CH4, JP MORGAN MORTGAGE ACQUISITION TRUST 2007-CH5, JP MORGAN MORTGAGE TRUST 2007-A5, JP MORGAN MORTGAGE TRUST 2007-A6, JP MORGAN MORTGAGE ACQUISITION TRUST 2007-CH3, JP MORGAN MORTGAGE ACQUISITION TRUST 2007-CH6, MOODY'S INVESTOR SERVICES, INC., A DIVISION OF MOODY'S CORP., MCGRAW-HILL COMPANIES, INC., FITCH, INC., BRIAN BERNARD, LOUIS SCHIOPPO JR., CHRISTINE E. COLE, DAVID M. DUZYK, WILLIAM KING, and EDWIN F. MCMICHAEL,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 09 Civ. 09 CIV 3701

**NOTICE OF APPEARANCE**

Please enter an appearance in the above-captioned action for A. Robert Pietrzak and Dorothy J. Spenner of Sidley Austin LLP, as counsel for Defendants JPMorgan Chase & Co.,[1] J. P. Morgan Mortgage Acquisition Corp.,[2] J.P. Morgan Acceptance Corporation I,[3] J.P. Morgan Securities Inc., Louis Schioppo Jr., Christine E. Cole, David M. Duzyk and Edwin F. McMichael. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned.

Dated: New York, New York
April 10, 2009

SIDLEY AUSTIN LLP

By: /s/ A. Robert Pietrzak
A. Robert Pietrzak
rpietrzak@sidley.com
Dorothy J. Spenner
dspenner@sidley.com
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Louis Schioppo, Jr., Christine E. Cole, David M. Duzyk and Edwin F. McMichael*

---

[1] Plaintiff appears to incorrectly identify JPMorgan Chase & Co. as J.P. Morgan Chase & Co.
[2] Plaintiff appears to incorrectly identify J.P. Morgan Mortgage Acquisition Corp. as J.P. Morgan Acquisition Corp.
[3] Plaintiff appears to incorrectly identify J.P. Morgan Acceptance Corporation I as JP Morgan Acceptance.