**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FORT WORTH EMPLOYEES' RETIREMENT FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., et al.,<br><br>Defendants. | No. 1:09-cv-3701-SHS<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION FOR REMAND TO STATE COURT**<br><br>[Removed from:<br>Supreme Court of the State of New York County of New York, Commercial Division, Index No. 600767/09] |

   **PLEASE TAKE NOTICE** that Fort Worth Employees' Retirement Fund will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order remanding this Action to the Supreme Court of the State of New York County of New York, Commercial Division, and for such other and further relief as this Court may deem appropriate.

DATED: May 11, 2009        SCOTT+SCOTT LLP

                 /s/ JOSEPH P. GUGLIELMO
                 JOSEPH P. GUGLIELMO (JG 2447)
                 29 West 57th Street, 14th Floor
                 New York, NY  10019
                 Tel: (212) 223-6444
                 Fax: (212) 223-6334
                 jguglielmo@scott-scott.com

David R. Scott
SCOTT + SCOTT LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
drscott@scott-scott.com

Geoffrey M. Johnson
SCOTT+SCOTT LLP
12434 Cedar Road
Cleveland Heights, OH 44106
Tel: 216-229-6088
Fax: 216-229-6092
gjohnson@scott-scott.com

Arthur L. Shingler III
Luis E. Lorenzana
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
ashingler@scott-scott.com
llorenzana@scott-scott.com

*Lead Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2009, the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 11, 2009.

/s/ JOSEPH P. GUGLIELMO
JOSEPH P. GUGLIELMO (JG 2447)
SCOTT+SCOTT LLP
29 West 57th Street, 14th Floor
New York, NY  10019
