UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FORT WORTH EMPLOYEES RETIREMENT BOARD,

                            Plaintiff(s),

                          09 civ 3701 (JGK)

      -against-

                            **ORDER**

JP MORGAN CHASE & CO., et al.,
                        Defendant(s),
-----------------------------------------------------------------X

      A motion to remand has been filed with this Court.

      The plaintiff shall serve and file papers in response to the motion by **June 18, 2009**

      The defendant shall serve and file any reply papers by **July 2, 2009.**

      The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                          _____
                                          JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 28, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09