UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
FORT WORTH EMPLOYEES'           : Civil Action No. 1:09-cv-03701-JGK
RETIREMENT FUND, On Behalf of Itself and :
All Others Similarly Situated,             : CLASS ACTION
                                :
                    Plaintiffs,  : NOTICE OF MOTION FOR
                                : APPOINTMENT AS LEAD PLAINTIFF
    vs.                         : AND FOR APPROVAL OF SELECTION OF
                                : LEAD COUNSEL
J.P. MORGAN CHASE & CO., et al., :
                                :
                    Defendants.  :
                                :
———————————————————— x

PLEASE TAKE NOTICE that Institutional Investor Employees' Retirement System of the Government of the Virgin Islands ("USVI GERS") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing USVI GERS as Lead Plaintiff; (ii) approving USVI GERS's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, USVI GERS submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated September 28, 2009.

DATED: September 28, 2009

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.


/s/ *Mario Alba Jr.*
MARIO ALBA JR.

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that, on September 28, 2009, I caused a true and correct copy of the attached:

Notice of Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;

Memorandum in Support of the Motion of Employees' Retirement System of the Government of the Virgin Islands for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and

Declaration of Mario Alba Jr. in Support of the Motion of Employees' Retirement System of the Government of the Virgin Islands for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ Mario Alba Jr.*
Mario Alba Jr.

JP MORGAN ALT (SDNY)
Service List - 9/24/2009    (08-0070)
Page 1 of 1

**Counsel For Defendant(s)**

Adam Zurofsky
Floyd Abrams
S. Penny Windle
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY  10005-1702
   212/701-3000
   212/269-5420 (Fax)

Andrew J. Ehrlich
Martin Flumenbaum
Roberta A. Kaplan
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
   212/373-3000
   212/757-3990 (Fax)

James J. Coster
Joshua M. Rubins
Justin E. Klein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, NY  10169
   212/818-9200
   212/818-9606 (Fax)

A. Robert Pietrzak
Dorothy J. Spenner
Sidley Austin LLP
787 7th Avenue, 22nd Floor
New York, NY  10019
   212/839-5300
   212/839-5599 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Geoffrey M. Johnson
Johnson & Conway, LLP
18 Sycamore Avenue, Suite 2
Ho Ho Kus, NJ  07423
   201/447-5600
   201/447-2080 (Fax)

David R. Scott
Scott + Scott LLP
108 Norwich Avenue
Colchester, CT  06415
   860/537-5537
   860/537-4432 (Fax)

Joseph P. Guglielmo
Scott + Scott, LLP
29 West 57th Street, 14th Floor
New York, NY  10019
   212/223-6444
   212/223-6334 (Fax)