UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

FORT WORTH EMPLOYEES' RETIREMENT
FUND,

                                09 Civ. 3701 (JGK)

             Plaintiff,

                                ORDER

    - against -

JP MORGAN CHASE & CO., ET AL.,

             Defendants.
_____

JOHN G. KOELTL, District Judge:

    As indicated on the record at today's hearing, Fort Worth

Employees' Retirement Fund has withdrawn its motion to serve as

lead plaintiff and to appoint lead counsel.  The Clerk is

directed to close Docket No. 35.

SO ORDERED.

Dated:    New York, New York
          March 10, 2010

                           John G. Koeltl
                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/10