UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

FORT WORTH EMPLOYEES' RETIREMENT
FUND,

                Plaintiff,

    - against -

JP MORGAN CHASE & CO., ET AL.,

                Defendants.
---

09 Civ. 3701 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should provide the Court with a proposed joint scheduling order by **March 17, 2010**.

SO ORDERED.

Dated:    New York, New York
            March 10, 2010

                                          John G. Koeltl
                                      United States District Judge

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/10