Koeltl/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FORT WORTH EMPLOYEES' RETIREMENT : 
FUND, On Behalf of Itself and All Others Similarly : 09 CIV 3701 (JGK) (JCF)
Situated, :
: ECF CASE
              Plaintiff, :
:
   vs. :
:
J.P. MORGAN CHASE & CO., J.P. MORGAN :
ACQUISITION CORP., JP MORGAN :
ACCEPTANCE, J.P. MORGAN SECURITIES, INC., : **SCHEDULING STIPULATION**
JP MORGAN MORTGAGE TRUST 2007-S2, JP : **AND [PROPOSED] ORDER**
MORGAN MORTGAGE TRUST 2007-S3, JP :
MORGAN MORTGAGE TRUST 2007-A3, JP :
MORGAN MORTGAGE TRUST 2007-A4, JP :
MORGAN ALTERNATIVE LOAN TRUST 2007-S1, :
JP MORGAN ALTERNATIVE LOAN TRUST 2007- :
A2, JP MORGAN MORTGAGE ACQUISITION :
TRUST 2007-CH4, JP MORGAN MORTGAGE :
ACQUISITION TRUST 2007-CH5, JP MORGAN :
MORTGAGE TRUST 2007-A5, JP MORGAN :
MORTGAGE TRUST 2007-A6, JP MORGAN :
MORTGAGE ACQUISITION TRUST 2007-CH3, JP :
MORGAN MORTGAGE ACQUISITION TRUST :
2007-CH6, MOODY'S INVESTOR SERVICES, :
INC., A DIVISION OF MOODY'S CORP., :
MCGRAW-HILL COMPANIES, INC., FITCH, INC., :
BRIAN BERNARD, LOUIS SCHIOPPO JR., :
CHRISTINE E. COLE, DAVID M. DUZYK, :
WILLIAM KING, and EDWIN F. MCMICHAEL, :
:
             Defendants. :
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/10

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel on behalf of Lead Plaintiff Institutional Investor Employees' Retirement Fund of the

Government of the U.S. Virgin Islands ("Plaintiff") and Defendants JPMorgan Chase & Co., J.P.

Morgan Securities Inc., J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance

Corporation I, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc., Fitch, Inc.,

Brian Bernard, Louis Schioppo, Jr., Christine E. Cole, David M. Duzyk, William King, and Edwin F. McMichael (collectively, "Defendants"), subject to the approval of the Court, as follows:

1. Plaintiff shall file an amended complaint on or before April 9, 2010.

2. Defendants shall move, answer, or otherwise respond with respect to the amended complaint by May 24, 2010. Defendants have no obligation to respond to the original complaint.

3. In the event that Defendants file motions to dismiss the amended complaint, Plaintiff shall notify Defendants by June 3, 2010 as to whether Plaintiff intends to file a second amended complaint or oppose Defendants' motions to dismiss.

4. Plaintiff shall file the second amended complaint or oppose Defendants' motions to dismiss by July 8, 2010.

5. In the event Plaintiff serves opposition papers to the motions to dismiss the amended complaint, Defendants shall serve their reply papers by August 6, 2010.

6. In the event Plaintiff serves a second amended complaint, Defendants shall move, answer, or otherwise respond with respect to the second amended complaint by August ~~20~~ 9, 2010.

7. In the event that Defendants move to dismiss the second amended complaint, Plaintiff shall serve their opposition papers by ~~October 4, 2010~~ September 13, 2010. Defendants shall serve their reply papers by ~~November 3, 2010~~ September 27, 2010.

[handwritten: JGK]

8. If the Court dismisses the amended complaint or second amended complaint, such dismissal will be with prejudice.

2

9. This stipulation may be signed in counterparts.

Dated: New York, New York
March 17, 2010

| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SIDLEY AUSTIN LLP |
|---|---|
| By: *Samuel H. Rudman* /TLK w/ permission/<br>Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba Jr.<br>58 South Service Road, Suite 200<br>Melville, New York 11747<br>Telephone: (631) 367-7100<br>Fax: (631) 367-1173<br><br>*Attorneys for Plaintiff* | By: *Dorothy Spenner* /TLK w/ permission/<br>A. Robert Pietrzak<br>rpietrzak@sidley.com<br>Dorothy J. Spenner<br>dspenner@sidley.com<br>Owen H. Smith<br>osmith@sidley.com<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Fax: (212) 839-5599<br><br>*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Brian Bernard, Louis Schioppo, Jr., Christine E. Cole, David M. Duzyk, William King, and Edwin F. McMichael* |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | |
| By: *Andrew Ehrlich* /TLK w/ permission/<br>Martin Flumenbaum<br>mflumenbaum@paulweiss.com<br>Roberta A. Kaplan<br>rkaplan@paulweiss.com<br>Andrew J. Ehrlich<br>aehrlich@paulweiss.com<br>Tobias J. Stern<br>tstern@paulweiss.com<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3166<br>Fax: (212) 492-0166<br><br>*Attorneys for Defendant Fitch, Inc.* | CAHILL GORDON & REINDEL LLP<br><br>By: *Tammy L. Roy*<br>Floyd Abrams<br>fabrams@cahill.com<br>Penny Windle<br>pwindle@cahill.com<br>Tammy L. Roy<br>troy@cahill.com<br>80 Pine Street<br>New York, NY 10005<br>Telephone: (212) 701-3000<br>Fax: (212) 269-5420<br><br>*Attorneys for Defendant The McGraw-Hill Companies, Inc.* |

3

SATTERLEE STEPHENS BURKE &
BURKE LLP

By: _/s/ Joshua M. Rubins / JJC w/ permission_
Joshua M. Rubins
jrubins@ssbb.com
James J. Coster
jcoster@ssbb.com
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Fax: (212) 818-9606

*Attorneys for Defendant Moody's
Investors Service, Inc.*

SO ORDERED this 2 day of March 2010:

_/s/ John G. Koeltl_
Hon. John G. Koeltl
United States District Judge

4