UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
FORT WORTH EMPLOYEES' : Civil Action No. 1:09-cv-03701-JGK
RETIREMENT FUND, On Behalf of Itself and :
All Others Similarly Situated, : CLASS ACTION
:
            Plaintiffs, : [PROPOSED] ORDER APPOINTING LEAD
: PLAINTIFF AND APPROVING
vs. : SELECTION OF LEAD COUNSEL
:
J.P. MORGAN CHASE & CO., et al., :
:
            Defendants. :
:
———————————————————— x



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-10

Having considered the Motion of Employees' Retirement System of the Government of the Virgin Islands ("USVI GERS") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1. USVI GERS is hereby appointed Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933; and

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: 3/10/10

THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

- 1 -