UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FORT WORTH EMPLOYEES' RETIREMENT
FUND, On Behalf of Itself and All Others Similarly    :    09-cv-03701 (JGK) (JCF)
Situated,

                      Plaintiff,
                                                :    **ECF CASE**
     vs.

J.P. MORGAN CHASE & CO., *et al.*,    :    **NOTICE OF MOTION**

                      Defendants.

------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the accompanying declaration of Dorothy J. Spenner, dated August 9, 2010, and the exhibits attached thereto, the accompanying memorandum of law in support of this motion, and any other submissions that shall be made in support of this motion, the undersigned counsel, on behalf of Defendants JPMorgan Chase & Co., J.P. Morgan Securities Inc., J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, Brian Bernard, Louis Schioppo Jr., Christine E. Cole, David M. Duzyk, William King, and Edwin F. McMichael,[1] will move this Court, before the Honorable John G. Koeltl, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, to dismiss the Second Amended Complaint, in its entirety and with prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

      The following is a chart summarizing the grounds for dismissal of Plaintiff's claims by

---

[1] Plaintiff erroneously names "J.P. Morgan Chase & Co.," "J.P. Morgan Acquisition Corp.," and "J.P. Morgan Securities, Inc." as defendants in this action.

offering:

| Offering | No Article III or Statutory Standing | No § 12 Standing Despite Purchase | No Allegations Of Missing Payments | No Actionable Misrepresentations Or Omissions | Time-Barred | No Control Person Liability |
|---|---|---|---|---|---|---|
| JPMMT 2007-S2 | x | | x | x | x | x |
| JPMMT 2007-S3 | | x | x | x | x | x |
| JPMMT 2007-A3 | x | | x | x | x | x |
| JPMMT 2007-A4 | x | | x | x | x | x |
| JPMMT 2007-A5 | x | | x | x | x | x |
| JPMMT 2007-A6 | x | | x | x | x | x |
| JPMALT 2007-S1 | x | | x | x | x | x |
| JPMALT 2007-A2 | x | | x | x | x | x |
| JPMMAT 2007-CH3 | x | | x | x | x | x |
| JPMMAT 2007-CH4 | x | | x | x | x | x |
| JPMMAT 2007-CH5 | x | | x | x | x | x |

Dated: New York, New York
August 9, 2010

SIDLEY AUSTIN LLP

By: _____
A. Robert Pietrzak (rpietrzak@sidley.com)
Dorothy J. Spenner (dspenner@sidley.com)
Owen H. Smith (osmith@sidley.com)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
*Attorneys for Defendants*