# SIDLEY AUSTIN LLP
## SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 6599 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON

LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

dspenner@sidley.com
(212) 839 7375

FOUNDED 1866

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 2 6 2013

March 13, 2013

*Conference adjourned to April 30, 2013 at 10:30 a.m.*

**SO ORDERED:**

**MEMO ENDORSED**

By Fax to (212) 805-7991

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 706
New York, NY 10007

_/s/ J. Paul Oetken_
PAUL OETKEN 3/25/13
U.S.D.J.

Re:   *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co., et al.*,
      No. 1:09-cv-03701 (JPO) (S.D.N.Y.)

Dear Judge Oetken:

On March 12, 2013, counsel for Defendants telephoned the Court's clerk to request an adjournment of the April 15, 2013 status conference because an unmovable conflict would prevent counsel for Defendants from appearing on that date. Pursuant to the instructions provided by the Court's clerk during the telephone call, counsel for Defendants and counsel for Lead Plaintiffs jointly submit this letter to respectfully request that the status conference scheduled for April 15, 2013 be adjourned to either April 18 or April 19. All counsel are available at any time during these two days.

_/s/ Susan G. Taylor_
Susan G. Taylor
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Attorneys for Lead Plaintiffs*

Respectfully submitted,

_/s/ Dorothy J. Spenner_ /DCB
Dorothy J. Spenner
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants*

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.