

# Robbins Geller Rudman & Dowd LLP

Atlanta  Melville  San Diego
Boca Raton  New York  San Francisco
Chicago  Philadelphia  Washington, DC

Darryl J. Alvarado
dalvarado@rgrdlaw.com
619-744-2692

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/13
```

August 16, 2013  **MEMO ENDORSED**

VIA FACSIMILE
212/805-7991

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re:  *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co., et al.*,
No. 1:09-cv-03701-JPO-JCF (S.D.N.Y.)

Dear Judge Oetken:

I write on behalf of all parties in the above-captioned action to seek a modest amendment to the class certification briefing schedule.

Plaintiffs' motion for class certification is currently due on August 30, 2013. However, defendants' Rule 30(b)(6) designees, who will testify on issues relevant to class certification, are not available to sit for deposition until September 12 and 13, 2013. Accordingly, we request that the due date for plaintiffs' opening class certification motion be moved to September 27, 2013 – two weeks after completion of defendants' Rule 30(b)(6) deposition – and the due date for defendants' opposition brief be moved to January 10, 2014. Plaintiffs will serve their reply brief on March 21, 2014 – the current due date for plaintiffs' reply. Thus, the requested amendments will not affect the date on which class certification briefing is fully submitted to the Court.

Accordingly, we request that the Court enter the following amended class certification schedule:

**Robbins Geller Rudman & Dowd LLP**

The Honorable J. Paul Oetken
August 16, 2013
Page 2

| Action | Current Due Date | Amended Due Date |
|---|---|---|
| Deadline for plaintiffs to complete class certification discovery (except for depositions of defendants' experts) and serve class certification motion | August 30, 2013 | September 27, 2013 |
| Deadline for defendants to complete class certification discovery and serve class certification opposition brief | December 13, 2013 | January 10, 2014 |
| Deadline for plaintiffs to depose defendants' class certification experts and serve reply brief | March 21, 2014 | March 21, 2014 |

Respectfully submitted,

DARRYL J. ALVARADO

DJA:llf

cc: All Counsel (via e-mail)

SO ORDERED:

J. PAUL OETKEN
U.S.D.J.     8-16-13