UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
FORT WORTH EMPLOYEES' RETIREMENT    : 09 Civ. 3701 (JPO) (JCF)
FUND, et al.,                        :
                                     :              MEMORANDUM
                                     :              AND   ORDER
            Plaintiffs,              :
                                     :
    - against -                      :
                                     :
J.P. MORGAN CHASE & CO., et al.,     :
                                     :
            Defendants.              :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

This is a securities action brought on behalf of a class of purchasers of mortgage-backed securities issued by J.P. Morgan Acceptance Corporation I.   The defendants now seek an order compelling the Employees' Retirement System of the Government of the Virgin Islands ("USVI GERS") to comply with a document subpoena.   USVI GERS opposes the application on the grounds that the subpoena is invalid on its face, is overbroad, would impose an undue burden, and seeks irrelevant information.

The Fort Worth Employees' Retirement Fund filed this putative class action in New York State Supreme Court in March 2009, and it was subsequently removed to this Court.   On March 10, 2010, the Court granted USVI GERS's motion to be appointed lead plaintiff and to designate its attorneys, Robbins Geller Rudman and Dowd LLP ("Robbins Geller"), as lead class counsel.   USVI GERS filed the

1

First Amended Complaint on April 9, 2010, and the Second Amended
Complaint on July 8, 2010.  On November 18, 2011, USVI GERS moved
to withdraw as lead plaintiff and substitute Laborers Pension Trust
Fund for Northern California ("Northern California Laborers").  The
Court granted this motion and again appointed Robbins Geller as
lead counsel.  Northern California Laborers did not file a new
complaint, but instead adopted the Second Amended Complaint.

On January 7, 2013, the defendants issued a document subpoena
to USI GERS from the United States District Court for the Southern
District of California.  The documents sought fall into three
categories: (1) documents relating to the allegations in the Second
Amended Complaint, (2) documents sufficient to reflect USVI GERS's
trades in the subject securities, and (3) documents concerning the
knowledge of USVI GERS or its investment advisors at the time of
its purchases.  After some procedural skirmishing, the defendants
withdrew the subpoena and issued a substantively similar one from
this District on April 17, 2013.  Counsel for USVI GERS agreed to
accept service at its offices in New York, but it has asserted a
variety of objections.

The procedural objections advanced by USVI GERS need not be
considered at this juncture because burden and lack of relevance
preclude enforcement of the subpoena.  Not only is USVI GERS no
longer lead plaintiff, it is no longer a member of the class, since

2

it sold all of its certificates and has not suffered any damages as a result of the investments at issue. (Letter of Susan Goss Taylor dated Nov. 22, 2013, at 8). Thus, the defendants' argument that they should have discovery of USVI GERS as an absent class member for purposes of litigating class certification is not longer viable, and the key case they rely upon, <u>Plumbers' and Pipefitters' Local # 562 Supplemental Plan & Trust v. J.P. Morgan Acceptance Corp. I</u>, No. 08 CV 1713 (E.D.N.Y.) (transcript attached as Exh. M to Letter of David L. Breau dated Nov. 5, 2013), is no longer apposite.

Nor is this result altered by the fact that when Northern California Laborers took over as Lead Counsel, it simply adopted the Second Amended Complaint as drafted by USVI GERS. Northern California Laborers will have to support its claims as well as its motion for class certification with information that it and its counsel, Robbins Geller, possess. That some of that information came from and may still be in the possession of USVI GERS is of no moment. To the extent that USVI GERS has documents that are unique to its transactions, they are no longer relevant. To the extent that it has information duplicative of that possessed by Northern California Laborers, it would be an undue burden to require its production from a non-party.

Conclusion

For the foregoing reasons, the defendants' application for an order enforcing the April 17, 2013 subpoena issued to USVI GERS is denied.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       December 9, 2013

Copies mailed this date to:

Arthur C. Leahy, Esq.
Jonah H. Goldstein, Esq.
Matthew I. Alpert, Esq.
Nathan R. Lindell, Esq.
Scott H. Saham, Esq.
Susan G. Taylor, Esq.
Thomas E. Egler, Esq.
Angel P. Lau, Esq.
L. Dana Martindale, Esq.
Ashley M. Robinson, Esq.
Caroline M. Robert, Esq.
Daniel S. Drosman, Esq.
Darryl J. Alvarado, Esq.
Hillary B. Stakem, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Luke O. Brooks, Esq.
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104

4

Carolina C. Torres, Esq.
David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Rd.
Suite 200
Melville, NY 11747

Joseph P. Guglielmo, Esq.
Thomas L. Laughlin, IV, Esq.
Scott + Scott, L.L.P.
405 Lexington Ave.
40th Floor
New York, NY 10174

Geoffrey M. Johnson, Esq.
Scott + Scott, L.L.P.
12434 Cedar Rd., Suite 12
Cleveland Heights, OH 44106

Alfred R. Pietrzak, Esq.
Dorothy J. Spenner, Esq.
Owen H. Smith, Esq.
David L. Breau, Esq.
Daniel A. McLaughlin, Esq.
Danny C. Moxley, Esq.
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019

Alison L. MacGregor, Esq.
Kelley Drye & Warren, LLP
101 Park Ave.
New York, NY 10178

Darrell S. Cafasso, Esq.
Sullivan & Cromwell, LLP
125 Broad St.
New York, NY 10004

Robert A. Sacks. Esq.
Sullivan & Cromwell, LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067

Richard F. Lubarsky, Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
17th Floor
New York, NY 10036