

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>(212) 839 5300<br>(212) 839 5599 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO<br>SAN FRANCISCO | SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |

dspenner@sidley.com
(212) 839 7375

FOUNDED 1866

January 31, 2014

**By ECF**

The Honorable James C. Francis IV
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co., et al.,
            No. 1:09-cv-03701 (JPO) (JCF) (S.D.N.Y.)

Dear Judge Francis:

    I write on Defendants' behalf with respect to the Court's January 28, 2014 order appointing Conor R. Crowley as Special Master (the "Order"). The Order states that "by February 3, 2014, the parties shall submit any objection to Mr. Crowley's appointment or shall indicate that they have no objection." Defendants object to Mr. Crowley's appointment because he was the named plaintiff in a class action lawsuit filed against Defendants' parent company JPMorgan Chase & Co. and affiliate Chase Bank USA, N.A. *See* Compl. (attached) in *Conor R. Crowley v. J.P. Morgan Chase & Co. & Chase Bank USA, N.A.*, Index No. 112540/2009 (N.Y. Sup. Ct. Sept. 2, 2009).

                              Respectfully submitted,

                              Dorothy J. Spenner

cc:    All Counsel (*via email*)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.