UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
FORT WORTH EMPLOYEES' RETIREMENT    : 09 Civ. 3701 (JPO) (JCF)
FUND, et al.,                       :
                                    :
                                    :        O R D E R
               Plaintiffs,          :
                                    :
    - against -                     :
                                    :
J.P. MORGAN CHASE & CO., et al.,    :
                                    :
               Defendants.          :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│             2/13/14         │
└─────────────────────────────┘
```

     As the Court intends to appoint Jonathan M. Redgrave, Esq. as

Special Master pursuant to the Memorandum and Order dated December

16, 2013, copies of Mr. Redgrave's curriculum vitae and his

affidavit pursuant to Rule 53 of the Federal Rules of Civil

Procedure are attached to this Order, and it is hereby ORDERED

that, by February 17, 2014, the parties shall submit any objection

to Mr. Redgrave's appointment or shall indicate that they have no

objection.

               SO ORDERED.

               *James C. Francis IV* (signature)
               JAMES C. FRANCIS IV
               UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       February 13, 2014

Copies mailed this date to:

Arthur C. Leahy, Esq.
Jonah H. Goldstein, Esq.
Matthew I. Alpert, Esq.
Nathan R. Lindell, Esq.
Scott H. Saham, Esq.
Susan G. Taylor, Esq.
Thomas E. Egler, Esq.
Angel P. Lau, Esq.
L. Dana Martindale, Esq.
Ashley M. Robinson, Esq.
Caroline M. Robert, Esq.
Daniel S. Drosman, Esq.
Darryl J. Alvarado, Esq.
Hillary B. Stakem, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Luke O. Brooks, Esq.
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104

Carolina C. Torres, Esq.
David A. Rosenfeld, Esq.
Samuel H. Rudman, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Rd.
Suite 200
Melville, NY 11747

Joseph P. Guglielmo, Esq.
Thomas L. Laughlin, IV, Esq.
Scott + Scott, L.L.P.
405 Lexington Ave.
40th Floor
New York, NY 10174

Geoffrey M. Johnson, Esq.
Scott + Scott, L.L.P.
12434 Cedar Rd., Suite 12
Cleveland Heights, OH 44106

2

Alfred R. Pietrzak, Esq.
Dorothy J. Spenner, Esq.
Owen H. Smith, Esq.
David L. Breau, Esq.
Daniel A. McLaughlin, Esq.
Danny C. Moxley, Esq.
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019

Alison L. MacGregor, Esq.
Kelley Drye & Warren, LLP
101 Park Ave.
New York, NY 10178

Darrell S. Cafasso, Esq.
Sullivan & Cromwell, LLP
125 Broad St.
New York, NY 10004

Robert A. Sacks. Esq.
Sullivan & Cromwell, LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067

Richard F. Lubarsky, Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas, 17th Floor
New York, NY 10036

Rebecca L. Butcher
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Jonathan M Redgrave, Esq.
Redgrave LLP
601 Pennsylvania Avenue NW
Suite 900 South Building
Washington, DC 20004

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FORT WORTH EMPLOYEES' RETIREMENT FUND, et al.,** <br><br> **Plaintiffs,** <br> - against - <br><br> **J.P. MORGAN CHASE & CO., et al.,** <br><br> **Defendants.** | **09 Civ. 3701 (JPO) (JCF)** |

**AFFIDAVIT OF JONATHAN M. REDGRAVE**

I, Jonathan M. Redgrave, Esquire, being duly sworn, depose and say, under penalty of perjury, the following:

1.     I am partner with the law firm Redgrave LLP ("Redgrave firm"). This affidavit is made on my personal knowledge.

2.     I am licensed to practice law in the District of Columbia and the

1

State of Minnesota, and am also a member in good standing of the following Federal Courts:   United States Supreme Court; United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the Eighth Circuit; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the District of Columbia Circuit; United States District Court for the District of Columbia; United States District Court of the Eastern District of Michigan; and the United States District Court for the District of Minnesota.

3.     I am filing this affidavit pursuant to Fed. R. Civ. P. 53(b)(3). There is no ground for my disqualification as a master in this case under 28 U.S.C. § 455 as I do not have any relationship to the parties, attorneys, action or court in the above-captioned matter that would require disqualification of a justice, judge or magistrate judge under 28 U.S.C. § 455.

4.     In particular:

(a)     I do not have any personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceedings;

(b)     While in private practice, I have not served as a lawyer in the above-captioned proceedings; no lawyer with whom I previously practiced law served during such association as a lawyer concerning the matter; neither I nor any lawyer with whom I previously practiced law has been a material witness

2

concerning it;

(c)     I have not served in governmental employment in any capacity where I participated as counsel, adviser or material witness concerning the above-captioned proceedings or expressed an opinion concerning the merits of the particular case in controversy;

(d)     I, individually and as a fiduciary, do not have a financial interest in the subject matter in controversy or in a party to the proceedings, or any other interest that could be substantially affected by the outcome of the above-captioned proceedings.   Additionally, neither my spouse nor minor children residing in my household have any such interests;

(e)     Neither I, nor a person within the third degree of relationship to me:

      (i)     is a party to the proceedings, or an officer, director, or trustee of a party;

      (ii)     is acting as a lawyer in the proceedings;

      (iii)     is known by me to have an interest that could be substantially affected by the outcome of the proceedings; or

      (iv)     is to my knowledge likely to be a material witness in the proceedings.

(f)    For purposes of making this affidavit, I have informed myself about my personal and fiduciary financial interests as well made a reasonable effort to inform myself as to those of my spouse and minor children residing in my household.

Further, affiant sayeth naught.

_____
Jonathan M. Redgrave, Esquire

SWORN TO AND SUBSCRIBED

before me this _12th_ day of _february_____, 2014.

My commission expires: _January 31st 2017_

Notary Name: _Sarah E. Garrett_

(Notary Public)

Date: _February 12th, 2014_____

SARAH E. GARRETT
NOTARY PUBLIC
REG. #7573125
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JANUARY 31, 2017

4

**Jonathan M. Redgrave**
Redgrave LLP
601 Pennsylvania Avenue NW
Suite 900 South Building
Washington, D.C. 20004
202.681.2505 (w)
202.603.1497 (m)
jredgrave@redgravellp.com

## Curriculum Vitae

## SUMMARY

Jonathan regularly addresses issues involved in the discovery of electronic documents and issues concerning document and information management policies and practices. His practice includes pre-litigation concerns and solutions as well as litigation strategies and representation for both requesting and producing parties. Jonathan is a moving force behind, and currently Chair Emeritus of, the highly successful Sedona Conference Working Group on Electronic Document Retention and Production. Jonathan has been recognized for exceptional standing in the legal community in Chambers USA: America's Leading Lawyers for Business in the area of Electronic Discovery and Litigation since 2008.

Jonathan also has extensive experience in all areas of complex litigation. Notably, while a partner with Jones Day in Washington, D.C., Jonathan served as the designated Liaison Counsel for the tobacco industry defendants in the case of *United States, et al. v. Philip Morris USA Inc., et al.*, during pre-trial and trial phases (March 2001 – October 2005).

Jonathan's work in the past several years includes:

- Serving as national and coordinating counsel for Fortune 100 clients in litigation matters with respect to the development and defense of discovery and litigation strategies related to electronic discovery

- Representing clients in court in contentious, high-stakes litigation with respect to electronic discovery issues

- Preparing and taking/defending depositions of corporate representatives regarding electronic discovery and records management issues

- Working with clients to develop sound records and information management policies and practices regarding paper and electronic data, including emerging technologies such as web-based collaboration tools and instant messaging

- Helping clients assess the retention and disposal of legacy data

1

- Assisting clients with the assessment of process and technology solutions for records and information management as well as electronic discovery

- Advising clients regarding privacy and data protection policies and practices

- Serving as a special master regarding discovery issues

- Serving as a consulting and testifying expert witness

**WORK EXPERIENCE**

Redgrave LLP, Washington, D.C.

> Partner (August 2010 – present)

Nixon Peabody LLP, Washington, D.C.

> Partner (March 2009 – August 2010)

Redgrave Daley Ragan & Wagner LLP, Washington, D.C. and Minneapolis, Minnesota

> Partner (October 2005 – March 2009)
> Chair of Firm (October 2005 – March 2009)

Jones Day, Washington, D.C.

> Partner (January 2003 – October 2005)
> Of Counsel (March 2001 – December 2002)
> Member, E-Discovery Committee (2001 – 2005)
> Member, E-Discovery Team (2004 – 2005)

Gray Plant Mooty, Minneapolis, Minnesota

> Principal (January 1999 – February 2001)
> Associate (August 1992 – December 1998)
> Co-Chair of Business and General Litigation Practice Group (2000 – 2001)
> Chair of Products Liability and General Litigation Practice Group (1998 – 2000)
> Technology Committee: Member (1997 – 2001), Chair (2000 – 2001)

University of Minnesota Law School, Minneapolis, Minnesota

> Adjunct Faculty
> > Attorney Director, Environmental Law Moot Court Program (August 1995 – May 1998)
> > Attorney Director, Maynard Pirsig Moot Court Program (August 1994 – May 1995)

2

Minnesota Court of Appeals, St. Paul, Minnesota

      Law Clerk to Hon. Gary L. Crippen (August 1991 – July 1992)

## SPECIAL MASTER APPOINTMENTS

*Abu Dhabi Commercial Bank, et al. v. Morgan Stanley & Co. Incorporated, et al.* (S.D.N.Y.) (2011)
      District Judge: Hon. Shira A. Scheindlin
      Special Master for Discovery Matters

*Hohider, et al. v. United Parcel Service, Inc.* (W.D. Pa.)(2008-2009)
      District Judge: Hon. Joy Flowers Conti
      Assistant to Special Master for Discovery Matters

## OTHER APPOINTMENTS AND MEMBERSHIPS

Approved eDiscovery Special Master (Western District of Pennsylvania) (2011 – present)

Member, Advisory Board of American College of e-Neutrals (ACESIN) (2011 – present)

Fellow, Academy of Court-Appointed Masters (2010 – present)

Member, E-discovery Committee of the International Institute for Conflict Prevention and Resolution (CPR) (2007 – present)

Member, Advisory Committee on the Electronic Records Archives (United States National Archives and Records Administration) (2005 – present)

Member, Advisory Board of The Sedona Conference®, a nonprofit 501(c)(3) research and educational institute dedicated to the advanced study of law and policy in the areas of antitrust law, intellectual property, and complex litigation (2002 – present)

Member and Chair Emeritus, The Sedona Conference® Working Group Addressing Best Practices for Electronic Document Retention and Production (2007 – present; Chair 2002 – 2007)

Member, The Sedona Conference® International Working Group Addressing Best Practices for Electronic Document Retention and Production (2005 – present)

Member, The Sedona Conference® Canadian Working Group Addressing Best Practices for Electronic Document Retention and Production (2005 – present)

Member, Board of Editors of *The Federal Lawyer* magazine published by the Federal Bar Association (2000 – 2010)

Member, Advisory Board, Center for American and International Law's Institute for Law and Technology (2003 – 2005)

Founding Member, Advisory Board, Georgetown University Law Center's eDiscovery Institute (2005 – present) (Co-Chair 2005 – 2010)

Member, American Bar Association (1991 – present)
    Member of Litigation Section (1993 – present)
    Member of Tort and Insurance Practice Section, Committee on Appellate Advocacy (1993 – 2002)
        Vice Chair (1999 – 2002)
        Publicity Subcommittee Chair (1999 – 2000)

Member of Tort and Insurance Practice Section, Committee on Insurance Coverage Litigation (1993 – 2002)

Member, Federal Bar Association (1992 – present)

Member, District of Columbia Bar Association (2001 – present)

Member, Association for Information and Image Management (AIIM) (2002 – present)

Member, ARMA International (2002 – present)

Member, International Association of Privacy Professionals (IAPP) (2008 – present)

Member, Minnesota State Bar Association (1992 – 2001)

Circuit Editor for Eighth Circuit for Appellate Advocacy Committee Newsletter (American Bar Association's Tort and Insurance Practice Section) (August 1998 – December 2000)

Member, Board of Editors, Bad Faith Law Report (Stratton Press) (January 1, 2000 – February 2001)

Member, Hennepin County Bar Association (1993 – 2001)
    Chair/Co-Chair of Insurance Law Section (1995 – 1998)

Member, Dakota County Bar Association (1991 – 2001)

## PUBLICATIONS AND OTHER WRITINGS

*Learning to Cooperate* (Practical Law The Journal, November 2013) (with Peter C. Hennigan)

*Crisis Is Not Carte Blanche for Spending* (The Recorder, Essential California Legal Content, ALM Media Properties, LLC, February 2013)

*Using Contract Terms to Get Ahead of Prospective eDiscovery Costs and Burdens in Commercial Litigation* (Rich. J. L. & Tech., June 2012) (with Jay Brudz)

*Managing the Emerging Business and Legal Realities of Social Media in Corporate America* (ACC Docket, November 2011) (with Vincent Catanzaro)

*Pension Committee Revisited: One Year Later – A Retrospective on the Impact of Judge Scheindlin's Influential Opinion* (Legal Hold Pro™, February 2011) (Edited by Brad Harris & Hon. Ronald J. Hedges (ret.)) (Perspectives from Craig D. Ball, Kevin F. Brady, William Butterfield, Maura Grossman, John Jablonski, Ralph Losey, Browning E. Marean III, Jonathan Redgrave, Denise Talbert, and Paul Weiner)

*Discovery of Electronic Information* in the third edition of the treatise *Business and Commercial Litigation in Federal Courts* (Thompson Reuters) (December 2011; updated 2012 - 2013) (with Hon. Shira A. Scheindlin)

*Seeing in the Clouds: Understanding Why You Need to Know Where Your Data Lives,* (Vol. 2, No. 24 edition of the Bloomberg Law Reports—Technology Law, December 2010) (with James A. Sherer)

Co-Editor, *The Sedona Conference* ®*Commentary on Legal Holds: The Trigger & The Process* (2010 Version), The Sedona Conference Journal, Volume 11 (Fall 2010) (published by The Sedona Conference® Working Group on Best Practices for Electronic Document Retention & Production (WG1)) (with Thomas Y. Allman and Conor R. Crowley)

*Implications of Rimkus v. Cammarata* (Law360, May 5, 2010) (with Amanda Vacarro)

*Rule 34 and the Internet: Innovative Solutions to Current Production Challenges* (BNA Digital Discovery and E-Evidence Report, March 1, 2010) (with Victoria A. Redgrave)

*Cases Underscore Need for E-Discovery Expertise* (Law360, January 22, 2010) (with Victoria A. Redgrave)

*Asserting and Challenging Privilege Claims in Modern Litigation: The Facciola-Redgrave Framework* (Federal Court Law Review, Volume 4, Issue 1 (2009)) (with Hon. John M. Facciola)

*Cooperation, Discovery and Translucency* (56 The Federal Lawyer 4, May 2009)

*Ready to Litigate Through the Clouds?* (*Law.com,* April 28, 2009) (with Andrew J. Cosgrove)

*New Federal Rule of Evidence 502: Privileges, Obligations, and Opportunities* (56 The Federal Lawyer 1, January 2009) (with Jennifer J. Kehoe)

5

*Special Masters and E-Discovery: The Intersection of Two Recent Revisions to the Federal Rules of Civil Procedure* (Cardozo Law Review, Volume 30, Issue 2. November 2008) (with Hon. Shira A. Scheindlin)

*Needs, Wants, and Civil Discovery: Why Less Can Be More for Requesting Parties* (55 The Federal Lawyer 4, May 2008)

*E-Discovery: Technology Requires Greater Care in Preserving Evidence* (ABA Journal, April 2008) (with Hon. Shira A. Scheindlin)

Editor-in-Chief, *The Sedona Principles (Second Edition): Best Practices Recommendations & Principles for Addressing Electronic Document Production (2007 Annotated Version)* (published by The Sedona Conference® Working Group on Best Practices for Electronic Document Retention & Production (WG1))

Editor-in-Chief, *The Sedona Principles (Second Edition): Best Practices, Recommendations and Principles for Addressing Electronic Document Production* (July 2007) (published by The Sedona Conference® Working Group on Best Practices for Electronic Document Retention & Production (WG1))

*Lights, Camera, Email!: Balancing Email Archiving with Litigation Risk by Movie Madness* (InfoRMAA Quarterly, February 2007 edition)( published by Records Management Association of Australasia) (with Lori Ann Wagner)

*Early Discussion Regarding Electronically Stored Information: Rule 16 and Rule 26*, a chapter in the treatise *Understanding the New E-Discovery Rules* (December 2006, published by DRI) (with Karen O. Hourigan and M. Kate Chaffee)

*Discovery of Electronic Information* in the second edition of the treatise *Business and Commercial Litigation in Federal Courts* (West Publishing) (December 2005; updated 2006 - 2010) (with Hon. Shira A. Scheindlin)

*Walk the Line: Balance Compliance with Litigation Risk* (Compliance Solutions Advisor Magazine, Spring 2006) (with Lori Ann Wagner)

*Looking Beyond Arthur Andersen: The Impact on Corporate Records and Information Management Policies and Practices* (The Corporate Counsel Review, Volume XXIV, Issue 2, Spring 2006) (with R. Christopher Cook and Charles R. Ragan) (originally published in The Federal Lawyer)

Co-Editor-in-Chief, *The Sedona Guidelines: Best Practices Guidelines and Commentary for Managing Information and Records in the Electronic Age* (September 2005) (with Charles R. Ragan and Lori Ann Wagner)

*Looking Beyond Arthur Andersen: The Impact on Corporate Records and Information Management Policies and Practices* (52 The Federal Lawyer 32, September 2005) (with R. Christopher Cook and Charles R. Ragan)

*Create a Litigation Response Plan (Before You Need One!)*(E-Discovery Advisor Magazine, August 2005) (with Lori Ann Wagner)

Editor-in-Chief, *The Sedona Principles: Best Practices Recommendations & Principles for Addressing Electronic Document Production (2005 Annotated Version)* (published by The Sedona Conference® Working Group on Best Practices for Electronic Document Retention & Production (WG1))

*United States: Proposed Amendments to the Federal Rules to Address E-Discovery Developments* (BNA International World Data Protection Report, October 2004) (with Steven C. Bennett)

*The Rules of Civil Procedure in the Electronic Age: An Opportunity to be Heard* (51 The Federal Lawyer 5, June 2004)

*An Introduction to Select Key Legal Issues Surrounding Electronic Discovery* (Mealey's Litigation Report: Discovery, Vol. 1, Issue #5, February 2004) (with Laura E. Ellsworth)

*The Evolution and Impact of the New Federal Rule Governing Special Masters* (51 The Federal Lawyer 34, February 2004) (with Hon. Shira A. Scheindlin)

Editor-in-Chief, *The Sedona Principles: Best Practices, Recommendations and Principles for Addressing Electronic Document Production* (January 2004; *rev ed.* July 2005) (published by The Sedona Conference® Working Group on Best Practices for Electronic Document Retention & Production (WG1))

*Revisions in Federal Rule 53 Provide New Options for Using Special Masters in Litigation* (76 New York State Bar Journal 18, January 2004) (with Hon. Shira A. Scheindlin)

*Ripples on the Shores of Zubulake: Practice Considerations from Recent Electronic Discovery Decisions* (50 The Federal Lawyer 31, December 2003) (with Erica J. Bachmann)

*Electronic Discovery: Recent Views on Cost Shifting* (49 The Federal Lawyer 36, August 2002) (with Erica J. Bachmann)

*Electronic Discovery Emerges as Key Corporate Compliance Issue* (Washington Legal Foundation, August 9, 2002) (with Jayant W. Tambe)

*Electronic Discovery and Inadvertent Productions of Privileged Documents* (49 The Federal Lawyer 37, July 2002) (with Kristin M. Nimsger)

*The Electronic Age and The Law: New Frontiers* (49 The Federal Lawyer 7, July 2002)

7

*A New Paper Chase* (Potomac Tech Journal, May 13, 2002) (with J.C. McElveen)

*Civil Litigation: Electronic Discovery Becoming Vitally Important* (The Lawyers Weekly [Canada], February 1, 2002)

*Challenges for Corporate Counsel in the Land of E-Discovery: Lessons from a Case Study* (Telecommunications Industry Litigation Report, February 12, 2002; Corporate Officers & Directors Liability Litigation Reporter, February 11, 2002; E-Business Law Bulletin, February 2002; and Derivatives Litigation Reporter, January 28, 2002) (with Daniel L. Pelc)

*On Lawyers, Lawyering, and Perspective* (49 The Federal Lawyer 1, January 2002)

*Show Me the Money: Cost Concerns in Computer Discovery* (with Joan E. Feldman, Deborah H. Juhnke and James L. Michalowicz) (Glasser Legal Works 2002) (EDRMS GLASS-CLE 259)

*Privileges and Waivers: What to Do About Documents that are Mistakenly Produced* (Legal Times, November 12, 2001) (with Kristin M. Nimsger)

*Fishing in the Ocean: A Critical Examination of Discovery in the Electronic Age* (The Sedona Conference Journal, Vol. II, Fall 2001) (with Ted. S. Hiser)

*Juror Investigation on the Internet – Implications for the Trial Lawyer* (The Sedona Conference Journal, Vol. II, Fall 2001) (with Jason J. Stover)

*Unplugging Jurors from the Internet* (48 The Federal Lawyer 19, July 2001)

Co-Editor for the Minnesota chapter of *Tort Handbook: A Fifty State Compendium* (Aspen Law & Business 2000) (with William L. Killion and Erik T. Salveson)

*Litigation and Technology: How the Internet is Changing the Practice* (47 The Federal Lawyer 25, January 2000)

*The Blue Oval Blues: Trade Secrets and the Internet* (Bench & Bar of Minnesota, November 1999) (with Brian L. McMahon)

*Pass the Word: What to Do When an Employee Receives a Product Warning* (The Hennepin Lawyer, June 1999)

*Bad Faith and Wrongful Refusal to Settle: Liability in Excess of Policy Limits*, Chapter in Minnesota Insurance Law Deskbook, 2nd Edition (Minnesota CLE; June 1999)

*Insurance Coverage and Internet Transactions* (Bench & Bar of Minnesota, April/May 1999)

*Civil Discovery and the Data Practices Act* (Bench & Bar of Minnesota, October 1995) (with Mary K. Martin)

*Building Computer-Based Legal Exercises: A Guide for Authors* (Center for Computer-Assisted Legal Instruction, 1990) (with Russell Burris and Anne C. Nolan)

## PUBLIC SPEECHES, SEMINARS AND PRESENTATIONS

"A Forum for Understanding and Comment on the Proposed Federal Rules Amendments" sponsored by IAALS, Denver University (Denver, Colorado December 5-6, 2013)

- Participant

The 10th Annual Advanced eDiscovery Institute: Applying Lessons from the Last Decade to Challenges in the Next (McLean, Virginia November 21-22, 2013)

- Panelist, "Ten Years After-Where We Have Been and Where We Are Going?" (with Richard G. Braman, William P. Butterfield, Hon. John Facciola and Hon. Shira A. Scheindlin)

The Sedona Conference® "Working Group on Electronic Document Retention & Production 2013 Annual Meeting" (Phoenix, Arizona November 7-8, 2013)

- Participant

The Electronic Discovery Institute Leadership Summit (Santa Monica, California October 15-17, 2013)

- Moderator, "Meet the Translators: IT is from Mars, Legal is from Venus" (with Seth Eichenholtz, Marla Bergman, Lisa Barrow, Andrew Drake, and Charlotte Harris)

The 2013 United States District Court of Rhode Island Conference: Creativity and the Courts (Providence, Rhode Island October 10th, 2013)

- Speaker, "Making e-Discovery Work in Your Case-A Lawyer's Professional and Ethical Responsibilities" (with Hon. Lisa Margaret Smith, Henry J. Kelston, and Steven M. Richard)

Exterro Live Webinar – "Cross Boarder e-Discovery" (October 9th, 2013)

- Presenter (with Jonathan Armstrong and Michael Hamilton)

"Unlocking E-Discovery" The 2nd Annual Educational Summit for State Court Judges sponsored by IAALS and The National Judicial College, Sturm College of Law, Denver University (Denver, Colorado September 19-20, 2013)

- Program Moderator and Co-Chair

- Moderator, "ESI Basics: Who, What, When, Where, Why, and How?" (with Sarah Michaels Montgomery, William P. Butterfield, Steven S. Gensler, Timothy H. Hood, and Cory M. Reynolds)

- Moderator, "Views from the Bench" (with Hon. Ralph Artigliere, Hon. Paul W. Grimm, Hon. Morris B. Hoffman, Hon. Robert L. McGahey, and Hon. Craig B. Shaffer)

The Sedona Conference® International Working Group on Electronic Information Management, Disclosure and Discovery, 5th Annual Sedona International Programme (Zurich, Switzerland June 19-20, 2013)

- Participant

The National Conference on Managing Electronic Records 2013 (Chicago, Illinois May 20-22, 2013)

- Moderator, "Information Governance: How to Make Its Impact Real in Your Organization" (with Jason R. Baron, Julie Norville, Cheryl Pederson, and Cheryl Strom)

- Keynote Closing Presenter, "Leaping Over Infinite Dead Space: 5 Steps to Changing Your Career Path" (with Randolph Kahn)

University of California Hastings College of Law "Negotiating Solutions to eDiscovery Problems" (San Francisco, California May 16, 2013)

- Presenter

Contra Costa County Bar Association, "The Ever Evolving Enigma of ESI (Electronically Stored Information) and Its Ethical Obligations" (Walnut Creek, California May 15, 2013)

- Panelist (with Hon. Steve Austin, Roger Brothers, Fiona Cheney, Linda DeBene, and Jeffrey Rabkin)

Advisory Committee on the Electronic Records Archives (ACERA) "Spring Meeting" Webinar (April 30, 2013)

- Participant

The Sedona Conference® "Working Group on Electronic Document Retention & Production 2013 Mid-Year Meeting" (St. Louis, Missouri April 24, 2013)

- Participant

Duke Law Conference on Technology Assisted Review (TAR) "Predictive-Coding" Review or "Computer-Assisted" Review): A Critical Analysis (Washington, DC April 19, 2013)

- Participant

The Sedona Conference® TSCI-7 "Living on e-Discovery's Cutting Edge" (San Diego, California March 21, 2013)

- Participant

Academy of Court Appointed Masters "2013 ACAM Annual Meeting" (Palm Beach, Florida January 25-26, 2013)

- Participant

The Sedona Conference® "Primer on Social Media" Webinar (December 12, 2012)

- Moderator (with Hon. Kristen Mix, Alitia Faccone, and Ronni Soloman)

The 9th Annual Advanced eDiscovery Institute: Process, Paradigms, and Pragmatism (McLean, Virginia December 6-7, 2012)

- Moderator, "Informational Governance" (with Jason R. Baron, Tanya L. Forsheit, Sabrina Lozano, and Scott Whipps)

Contra Costa County Bar Association's 18th Annual MCLE Spectacular (Concord, California November 14, 2012)

- Presenter, "Back to the Boxing Ring of Backlogged Dockets: Alternatives Available to Survive Judicial Budgetary Constraints/Unfiled Judicial Positions & the Growth of ESI, E-Discovery & E-Discovery Sanctions" (with Roger Brothers, Linda DeBene, Lisa Turbis, and Hon. Barry Goode)

BNA Live Webinar – "Getting Ahead of e-Discovery Costs and Burdens in Commercial Litigation Through Pre-Litigation Contracts" (September 13, 2012)

- Presenter

eDiscovery Boot Camp – An Educational Summit for State Court Judges, Sturm College of Law, Denver University (Denver, Colorado June 23, 2012)

- Moderator

"Best in Class" eDiscovery Summit 2012 sponsored by IAALS and DISH Network L.C.C., Sturm College of Law, Denver University (Denver, Colorado June 22, 2012)

- Moderator

The National Conference on Managing Electronic Records 2012 (Chicago, Illinois May 7-9, 2012)

- Presenter, "Right-sizing Your Information Footprint by Chucking Your Dead Data" (with Randy Kahn)

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2012 Mid-Year Meeting (Denver, Colorado April 26-27, 2012)

- Moderator, "Hot eDiscovery Issues on the Horizon: Opportunities for Thought Leadership" (with William Butterfield, Ralph Losey, and John J. Rosenthal)
- Presenter, "Privilege Protection in High-Volume Productions" (with John J. Rosenthal, and Ira Rothken)

ABA Section of Intellectual Property Law's 27th Annual Intellectual Property Law Conference, (Arlington, Virginia March 30, 2012)

- Presenter, "The Document Preservation Dilemma – When is it OK or Not OK to Destroy Documents In-House?" (with Hon. John M. Facciola, and Beth Taylor)

Intellectual Property Owners Association IP Chat Webinar (March 27, 2012)

- Presenter, "Making the Most of e-Discovery in the Eastern District of Texas and Elsewhere" (with Steven Moore, and Edward Reines)

The 6th Annual Sedona Conference Institute Program on Staying Ahead of the eDiscovery Curve (St. Louis, Missouri March 22-23, 2012)

- Moderator, "Strategies for Preservation & Legal Holds" (with Hon. Audrey Fleissig, Jerone English, Sherry B. Harris, Patrick I. Oot, Dena Sharp, and Jennifer Young)
- Presenter, "Strategies to Identify, Collect, Cull, Process & Review ESI" (with Sherry B. Harris, Ralph Losey, Patrick I. Oot, Jonathan Palmer, and Jennifer Young)
- Moderator, "eDiscovery: The Next Five Years" (with Hon. David Waxse, Jerone English, Jonathan Palmer, and Kenneth J. Withers)

ALI-ABA Webinar: "Preservation & Production in ESI: What Does Cooperation Really Mean?" (recorded March 13, 2012)

- Presenter (with Hon. Shira A. Scheindlin, Kevin F. Brady, and Kenneth J. Withers)

12

23rd Annual ICAC Arson Investigation Training Seminar (Las Vegas, Nevada February 27, 2012)

- Presenter, "Emerging Issues in Electronic Discovery"

2012 Conference of Chief Justices Mid-Year Meeting, Commercial and Business Law Education Program (Wilmington, Delaware January 31, 2012)

- Presenter, "Discovery and the Digital Deluge: When the Fountain of Justice Becomes a Fire Hose" (with Hon. Shira A. Scheindlin, Craig D. Ball, Kevin F. Brady, and Kenneth J. Withers)

2012 Academy of Court Appointed Masters Annual Meeting (San Antonio, Texas January 27-28, 2012)

- Presenter, "Special Masters for the Digital Age" (with Hon. Xavier Rodriguez, Alison Skinner, and Erik Laykin)

Seventh Circuit Electronic Discovery Pilot Program, "Extended presentation on the Fourth P of eDiscovery: Privacy," Webinar (November 3, 2011)

- Presenter

2011 IBM IT Services Legal Summit, IBM Client Center (New York, New York, October 20, 2011)

- Presenter, "E-Discovery Trends and Issues" (with Christopher W. O'Neill)

Seventh Circuit Electronic Discovery Pilot Program, "The 4 P's of eDiscovery: Proportionality, Privilege, Preservation & Privacy," Seventh Circuit Ceremonial Courtroom (Chicago, Illinois, October 18, 2011)

- Presenter

Governance and Oversight Council ("CGOC") Summit, "Defensible Disposal, Benefits and Barriers" (Los Angeles, California, October 13, 2011)

- Presenter, "Hallmarks of a Good Information Governance Program"

Governance and Oversight Council ("CGOC") Summit, "Defensible Disposal, Benefits and Barriers," hosted by Exxon Mobil Corporation (Houston, Texas, October 12, 2011)

- Presenter, "Hallmarks of a Good Information Governance Program"

13

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2011 Annual Meeting (Austin, Texas, October 6-7, 2011)

- Moderator, "A Federal Rule on Preservation & Sanctions: Exploring the Alternatives" (with Jason Fliegel, and Paul Weiner)

SIGIR 2011 Information Retrieval for E-Discovery (SIRE) Workshop, 34th Annual International ACM SIGIR Conference (Beijing, China, July 28, 2011)

- Keynote Address, "The Nature of Legal E-Discovery"

The Eighteenth Annual National Conference on Managing Electronic Records (MER) (Chicago, Illinois, May 23, 2011)

- Presenter, "Making It Real: Getting Buy-In for Your RIM Vision, Budget and Implementation"

2011 United States Navy Office of General Counsel Conference (Alexandria, Virginia, May 5, 2011)

- Presenter, "Attorney-Client Privilege Issues" (with Hon. John M. Facciola)

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2011 Mid-Year Meeting (Ft. Lauderdale, Florida, April 27-29, 2011)

- Moderator, "*The Sedona Principles*, 3rd Edition, Principles 1-13" (with Andrew Drake, Jason Fliegel, Charles R. Ragan, and Ariana J. Tadler)

e-Discovery: Current Litigation and Records Management Strategies (Toronto, Canada, April 26, 2011)

- Keynote Address, "eDiscovery and Records and Information Management Trends in the U.S."

The Reality of Social Media and E-discovery Legal Issues (Franchise Today on Blog Talk Radio, April 21, 2011)

"The FBA E-Discovery Series," Federal Bar Association Western Pennsylvania Chapter, U.S. Courthouse (Pittsburgh, Pennsylvania, April 14, 2011)

- Presenter, "E-Discovery Special Master Initiative: U.S. District Court, Western District of Pennsylvania" (with Hon. Nora Barry Fischer, Hon. Lisa P. Lenihan, and Richard Lettieri)

14

The 5th Annual Sedona Conference® Institute Program on Staying Ahead of the eDiscovery Curve (San Diego, California, March 17-18, 2011)

- Co-Chair (with Paul Burns)
- Presenter, "Proportionality in Preservation & Discovery" (with Hon. Gail Andler, Paul Burns, Jerone English, Maura Grossman, Hon. Elizabeth D. Laporte, and Joseph Saveri)
- Presenter, "Discovery from the World of Social Media: What to See, How to Ask & What to Expect" (with Nicholas Bunin, Paul Burns, Kathryn Dickson, and Wayne Matus)

American Bar Association Committee on Corporate Council CLE Seminar (Naples, Florida, February 19, 2011)

- Presenter, "E-Discovery Game Show" (with Christin Bassett, Virginia Henschel, and Robert Simpson)

Seventh Circuit Electronic Discovery Pilot Program, "The 4 P's of eDiscovery: Proportionality, Privilege, Preservation & Privacy," Seventh Circuit Ceremonial Courtroom (Chicago, Illinois, January 18, 2011)

- Presenter

Georgetown CLE Institute "Seventh Annual Advanced E-Discovery Institute" (Pentagon City, Virginia, November 18, 2010)

- Moderator, "The Business of E-Discovery" (with Monica Bay, Robert A. Eisenberg, Mark E. Michels, and Robert Owen)

IE Discovery, "Electronic Discovery Symposium for Government Agencies" (Washington, D.C., October 20, 2010)

- Presenter, "Privilege Logs – A Modern Approach" (with Hon. John M. Facciola)

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2010 Annual Meeting (Phoenix, Arizona, October 7-8, 2010)

- Moderator, "Social Media" (with Alitia Faccone, Timothy Gordon, and Ronni Solomon)

The Sedona Conference® International Working Group on Electronic Information Management, Disclosure and Discovery, 2010 Annual Meeting (Washington, D.C., September 17, 2010)

- Participant

15

IQPC's "5th Annual E-Discovery for Pharma, Biotech & Medical Device Industries" (Philadelphia, Pennsylvania, September 14, 2010)

- Presenter, "Avoid the Virtual Landfill – Developing Effective Data Governance Policies To Maintain Complex Data In Life Science Organizations" (with Deena Coffman)
- Discussion group leader addressing the topic of the Federal Rules of Civil Procedure (with Hon. Ronald J. Hedges (ret.))

Bisnow, "The State of Tech in the I-270 Corridor" (Rockville, Maryland, June 1, 2010)

- Interview with Norman Augustine

ABA-CLE, Section of Litigation, 4th Annual National Institute on E-Discovery (Washington, D.C., May 27, 2010)

- Presenter, "Reflections on 'Marginal Utility' Since *McPeak v. Ashcroft*" (with Hon. John M. Facciola)

The Seventeenth Annual National Conference on Managing Electronic Records (MER) (Chicago, Illinois, May 17, 2010)

- Presenter, "The Action Imperative: The New Role of RIM Professionals in the Emerging World of Legal, Business, and Technology Confluence"

Judicial Conference Advisory Committee on Civil Rules, 2010 Civil Litigation Conference, Duke University Law School (Durham, North Carolina, May 10-11, 2010)

- Participant

The Twelfth Annual Sedona Conference on Complex Litigation (Phoenix, Arizona, April 8-9, 2010)

- Presenter, "Alternatives to Current Discovery Practices That Do Not Require Rules"
- Presenter, "Changes" (with James A. Batson, Robert Owen, Paul Saunders, and Ariana J. Tadler)

The Sedona Conference® Institute, "Fourth Annual Program on Getting Ahead of the eDiscovery Curve" (Philadelphia, Pennsylvania, March 25-26, 2010)

- Presenter, "Maximizing the Opportunities in the Rules, Part I: Achieving Proportional Discovery" (with Kevin F. Brady, Conor R. Crowley, Joseph Guglielmo, Sherry B. Harris, and Hon. Craig Schaffer)
- Presenter, "Maximizing the Opportunities in the Rules, Part III: Negotiating Search Protocols" (with Jason M. Baron, Hon. Paul W. Grimm, Patrick I. Oot, and Edward C. Wolfe)

16

Georgetown CLE Institute "E-Discovery Training Academy," Georgetown University Law Center (Washington, D.C., March 8-10, 2009)

- Presenter, "Due Diligence: Know Your Client's Needs" (with Dawson Horn III)

61st Annual Oil and Gas Law Conference (Center for American and International Law) (Houston, Texas, February 18-19, 2010)

- Presenter, "Managing Sanctions Risk in Today's E-Discovery Thicket" (with Hon. Lee H. Rosenthal)

Sedona Conference WGS Audio Update Series, "Zubulake Revisited? Dissecting the Pension Committee v. Banc of America Opinion" (Teleconference, February 10, 2010)

- Presenter, (with John H. Jessen, Hon. Elizabeth D. Laporte, Jennifer L. Young, and Kenneth J. Withers)

The Sedona Conference®, "EDiscovery Dispute Resolution Program for Special Masters & Mediators" (Phoenix, Arizona, January 28-29, 2010)

- Presenter, "Preservation" (with Adam Cohen, M. James Daley, and Maura Grossman) Presenter, "Scope & Proportionality" (with Hon. John L. Carroll (ret.), Hon. Ronald J. Hedges (ret.), and Ariana J. Tadler)
- Presenter, "Privilege" (with Hon. John M. Facciola, Maura Grossman, and Hon. Shira A. Scheindlin)
- Roundtable Discussion (with Hon. John L. Carroll (ret.), Hon. John M. Facciola, Hon. Shira A. Scheindlin, and Kenneth J. Withers)

American Conference Institute, "Drug & Medical Device Litigation" (New York, New York, December 8, 2009)

- Presenter, "The Brave New World of Digital Media: Managing, Using and Protecting Digital Information" (with J. Christopher Allen, Jr., Chris Anschuetz, Patricia A. Barbieri, Paulette Morgan, and Vivian Quinn)

Bisnow's New Washington VI "2010" (Washington, D.C., December 7, 2009)

- Presenter (with Wes Anderson)

*Law.com* webinar, "A Call for Change: Privilege Logs in Modern Litigation" (December 2, 2009)

- Presenter (with Hon. John M. Facciola, and moderator Victoria A. Redgrave)

Georgetown CLE Institute "Sixth Annual Advanced E-Discovery Institute: Identifying Today's Problems and Tomorrow's Solutions" (Washington, D.C., November 12, 2009)

- Presenter, "E-Discovery Project and Process Management" (with Carmen Oveissi Field, Sherry B. Harris, and Mark Koehn)

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2009 Annual Meeting (Atlanta, Georgia, October 1-2, 2009)

- Presenter, "Effectiveness of 2006 Rules Amendments; Development of Model Local Rules" (with Hon. Nan Nolan, Maureen O'Neill, Ralph Losey, and Thomas Lidbury)

Washington Legal Foundation, Web Seminar (Washington, D.C., September 28, 2009)

- Presenter, "Cloud Computing, Law & Litigation: Overcast with a Mix of Risks and Benefits" (with Laurin H. Mills)

American Conference Institute, "7th Annual Advanced Forum on E-Discovery & Document Management" (Philadelphia, Pennsylvania, September 22-23, 2009)

- Presenter, "Preventing Spoliation: Instituting Proactive Measures to Reduce the Risk of Sanctions" (with Gaynelle G. Jones, and Alan M. Winchester)

Georgetown CLE Institute "E-Discovery Training Academy," Georgetown University Law Center (Washington, D.C., August 3-5, 2009)

- Keynote Address
- Presenter, "The Federal E-Discovery Rules & Case Law Analysis" (with Hon. Ronald J. Hedges (ret.))

ABA Annual Meeting, Section of Litigation (Chicago, Illinois, July 31, 2009)

- Moderator, "Ethical Issues and E-Discovery: How Inside and Outside Counsel Can Work Together" (with Hon. Maria Valdez, Taa Grays, Dawson Horn III, and David Greenwald)

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2009 Mid-Year Meeting (Denver, Colorado, May 14-15, 2009)

- Participant

18

The Eleventh Annual Sedona Conference on Complex Litigation (Sedona, Arizona; April 30-
May 1, 2009)

- Presenter, "Ethics: Protecting Client Confidences: Sneak-Peek Agreements & Related
  Issues" (with Hon. John M. Facciola, Hon. Carl West, Daniel J. Capra, and Kenneth J.
  Withers)
- Presenter, "Privilege Logs: Best Practices" (with David Brodsky, Elizabeth Cabraser, Hon.
  John M. Facciola, John J. Rosenthal, and Hon. Shira A. Scheindlin)

The Sedona Conference Institute, "Third Annual Program on Getting Ahead of the eDiscovery
Curve" (Philadelphia, Pennsylvania, March 26-27, 2009)

- Presenter, "Preservation, Legal Holds & Not Reasonably Accessible ESI" (with Kevin F.
  Brady, William Butterfield, Conor R. Crowley, and Cecil Lynn)
- Presenter, "Ethical Issues in Outsourcing Document Review" (with Hon. John M. Facciola,
  and Sherry B. Harris)
- Moderator and Presenter, "Preparing for, and Successfully Conducting Rule 26(f) Meet &
  Confer" (with Jason M. Baron, William Butterfield, Hon. John M. Facciola, and Cecil Lynn)

Georgetown CLE Institute "E-Discovery Training Academy," Georgetown University Law
Center (Washington, D.C., February 11, 2009)

- Presenter, "The Federal Rules Amendments – A Case Law Debate" (with Hon. Paul W.
  Grimm, and Hon. Ronald J. Hedges (ret.))

American Law Institute – American Bar Association (ALI-ABA), "Electronic Discovery for
Employment Lawyers" (Washington, D.C., December 10, 2008)

- Presenter, "E-Discovery of Email; Harassment Cases; Accidental Spoliation; Corporate Web
  Sites, Social Network Sites, Blogs; Preservation and Authentication" (with Hon. Robert B.
  Fitzpatrick, Frank C. Morris, Jr., Craig D. Ball, Hon. John L. Carroll (ret.), Hon. Ronald J.
  Hedges (ret.), and Hon. Andrew J. Peck)

Georgetown CLE Institute "Fifth Annual Advanced E-Discovery Institute: The Discovery of ESI
Comes of Age" (Arlington, Virginia, November 20, 2008)

- Presenter, "The Federal Rules Amendments – A Case Law Debate" (with Hon. John M.
  Facciola, and Ashish S. Prasad)

Georgetown CLE Institute "E-Discovery from the Corporate Side: Challenges and Solutions"
(Arlington, Virginia, November 19, 2008)

- Moderator, "Presentable Problems – Preservation and Legal Holds: What to do 'Before' the
  Need for a Legal Hold Arises" (with Andrew Drake, William Schiefelbein, and Michael
  Scott)

19

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2008 Annual Meeting (Rancho Mirage, California, November 13-14, 2008)

- Participant

West Legalworks, "E-Discovery: An A to Z Workshop" (Washington, D.C., July 15-16, 2008)

- Moderator, "What's Keeping Us Up at Night?" (with Richard Hermann, and Jeane Thomas)

The Fifteenth Annual National Conference on Managing Electronic Records (MER) (Chicago, Illinois, May 19, 2008)

- Presenter, "ERM Case Law: The Latest News, Trends and Issues" (with Hon. Ronald J. Hedges (ret.), and Kenneth J. Withers)
- Presenter, "Assessing the Sedona ERM Guidelines: Influence on 2006 FRCP, Impact on Judicial Decisions and Specifics of Recent Changes" (with Hon. Ronald J. Hedges (ret.), and Kenneth J. Withers)

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2008 Mid-Year Meeting (New Orleans, Louisiana, May 15-16, 2008)

- Presenter, "Protection of the Attorney-Client Privilege in High Volume ESI Productions" (with Hon. John M. Facciola, and Jack Sharman)

The Sedona Conference Institute, "Second Annual Program on Getting Ahead of the eDiscovery Curve: Strategies to Reduce Costs & Meet Judicial Expectations" (San Diego, California, March 13-14, 2008)

- Presenter, "Update, *The Sedona Principles, Second Edition* & the New Rules" (with Thomas Y. Allman, Ariana J. Tadler, and Kenneth J. Withers)
- Presenter, "Effective Preparation by a Producing Party for a Rule 26(f) Conference" (with David Garrett, Sherry B. Harris, Monica Wiseman Latin, John J. Rosenthal, and Edward C. Wolfe)
- Presenter, "Vignettes from a Rule 26(f) Conference/Best Practice Recommendations" (with Andrew M. Cohen, Conor R. Crowley, Jeffrey W. Jacobs, Monica Wiseman Latin, Patrick I. Oot, Cheryl L. Pederson, John J. Rosenthal, Ariana J. Tadler, and Edward C. Wolfe)

American Intellectual Property Law Association (AIPLA) 2008 Mid-Winter Institute, "Best Practices in IP Today – Practical Considerations from Both In-House and Outside Counsel" (Phoenix, Arizona, January 24, 2008)

- Presenter, "Ethical Considerations in Electronic Discovery Matters"

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2007 Annual Meeting (Hilton Head Island, S.C. November 8-9, 2007)

- Conference Chair

The Hildebrandt Institute, "The 6th Annual Law Firm General Counsels' Forum – Managing Risk in a New Paradigm" (New York, New York, October 30, 2007)

- Presenter, "Dealing with Electronically Stored Information: The Rule 26(f) Meet & Confer and the Rule 16 Case Management Conference" (with James A. Batson)

Records Management Association of Australasia (RMAA) National Board and NSW Branch, "Post International Convention Seminar," PricewaterhouseCoopers (Sydney, Australia, September 21, 2007)

- Presenter, "The U.S. Culture of Litigation and the Unrelenting Search for Evidence"

Records Management Association of Australasia (RMAA) Brisbane Branch, "The Electronic Record as Evidence: insights from presenters of the 2007 International Convention" (Brisbane, Queensland, Australia, September 18, 2007)

- Presenter, "The U.S. Culture of Litigation and the Unrelenting Search for Evidence"

Records Management Association of Australasia (RMAA) – 24th International RMAA Convention, "Influence with Integrity" (Wellington, New Zealand, September 10, 12 & 13, 2007)

- Presenter, "The U.S. Culture of Litigation and the Unrelenting Search for Evidence"

American Health Information Management Association (AHIMA) – Legal EHR Conference: Ensuring Health Record Integrity (Chicago, Illinois, June 19, 2007)

- Presenter, "The New e-Discovery Rule and Implications"

Cohasset Associates –National Conference on Managing Electronic Records 2007 (Chicago, Illinois, May 21, 2007)

- Presenter, "ERM Case Law: The Latest News, Trends & Issues"

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2007 Mid-Year Meeting (Phoenix, Arizona, May 10-11, 2007)

- Conference Chair

Product Liability Advisory Council, Inc. (PLAC) – "The Future of Product Litigation" (Chicago, Illinois, April 27, 2007)

- Presenter, "Latest need-to-know update on e-discovery and FRCP amendments – what's working, what's not" (with Laura Ellsworth, Hon. John Hughes, and Hon. Shira A. Scheindlin)

Federal Judicial Center – "National Workshop for Magistrate Judges I" (Austin, Texas, April 24, 2007)

- Presenter, "No Judge Left Behind: A Report Card on E-Discovery Rules" (with Hon. James Francis IV)

Texas Bar Continuing Legal Education - "Electronic Discovery and Digital Evidence Institute" (Houston, Texas, April 18, 2007)

- Opening Keynote Speech, "The Path to Production"
- Moderator, "Managing the Team: Vendor Selection and Due Diligence Project Management Processing and Review Strategies" (with Craig D. Ball, George J. Socha, Jr., and Browning E. Marean III)

Federal Judicial Center – "Workshop for Judges of the United States Court of Appeals for the Fourth Circuit" (Charleston, South Carolina, March 21, 2007)

- Presenter, "Electronic Discovery" (with Hon. Shira A. Scheindlin, and Hon. Paul W. Grimm)

ABA Section of Litigation – Mid-Year Meeting – "2007 Committee on Corporate Counsel CLE Seminar" (Amelia Island, Florida, February 16, 2007)

- Presenter, "E-Discovery Rules Have Changed, What About You, Your Company & Your Clients?" (with Hon. Lee H. Rosenthal, Robert Simpson, Victoria McGhee, and Laura Kibbe)

3rd Annual Compliance, Governance and Oversight Council ("CGOC") Summit, "From Planning to Practicing – The New Frontier in Retention and Preservation" (Scottsdale, Arizona, February 7, 2007)

- Presenter, "The Role of Sedona"

Georgetown CLE Institute "Advanced E-Discovery Institute: A Practical Guide to Implementation of the New Federal Rules," Georgetown University Law Center (Washington, D.C., November 16-17, 2006)

- Presenter, "Collection" (with Adam I. Cohen, and Quintin Gregor)
- Moderator, "The Preservation Problem: Sanctions" (with Hon. Lee H. Rosenthal, Mark E. Michels, Patrick I. Oot, John J. Rosenthal, and Ariana J. Tadler)

The Sedona Conference® Working Group on Electronic Document Retention & Production, 2006 Annual Meeting (San Diego, California, November 1-3, 2006)

- Conference Chair

BNA Conference "E-Discovery: How to Practice Under the New Amendments" (Washington, D.C., October 5, 2006)

- Presenter, "Anticipating, Ascertaining & Narrowing Scope of E-Discovery" (with John M. Barkett, James A. Batson, Amy Longo, and James Wright)
- Presenter, "Mock Meet and Confer (Rule 26(f))" (with James A. Batson, Hon. John M. Facciola and moderators Browning E. Marean III, and George J. Socha, Jr.)
- Presenter, "E-Discovery Professional Responsibility & Best Practices for Counsel – including Mock E-Discovery Hearing" (with Hon. John M. Facciola, James A. Batson, Amy Longo and moderators Browning E. Marean III, and George J. Socha, Jr.)

The Sedona Conference® "Fundamentals of E-Discovery and the New Rules" (Chicago, Illinois, September 15, 2006)

- Chair, Panel Presentation on "The Relationship between the New Federal Rules, State Trial Courts and *The Sedona Principles*" (with Thomas Y. Allman, Conor R. Crowley, and Hon. Lee H. Rosenthal)

2006 American Bar Association Annual Meeting (Honolulu, Hawaii, August 5, 2006)

- Presenter, "E-Discovery Amendments to the Federal Rules of Civil Procedure" and "Best Practices" in dealing with electronically stored information (with co-presenters Dawn Bergin, James Belanger, Mia Mazza, Steven R. Rogers, and moderator George Paul)

State of Minnesota – Office of the Attorney General 19th Annual CLE Seminar (St. Paul, Minnesota, June 16, 2006)

- Presenter, "Technology and the Law: E-Discovery for Smarties" (with Lori Ann Wagner)

The Sedona Conference® Canadian Working Group Addressing Best Practices for Electronic Document Retention and Production, 2006 Mid-Year Meeting (Mt. Tremblant, Quebec, Canada; May 25-26, 2006)

- Program Facilitator
- WG1 Representative

23

2006 Managing Electronic Records Conference (Cohasset and Associates; Chicago, Illinois; May 22, 2006)

- Presenter, "ERM Case Law: The Latest News, Trends and Issues" (with Carol L. Eoannou)
- Presenter, "The ERM Impact of the New Federal Rules: What you need to do to be ready" (with M. James Daley, and Rae N. Cogar)

The Sedona Conference® Working Group Addressing Best Practices for Electronic Document Retention and Production, 2006 Mid-Year Meeting (Phoenix, Arizona; May 11-12, 2006)

- Program Chair

The Sedona Conference® Working Group Addressing Best Practices for Electronic Document Retention and Production, 2006 RFP+ Group Meeting (Sedona, Arizona; April 27-28, 2006)

- WG1 Representative

Mealey's Email Discovery & Retention Policies Conference (New York, New York, March 30, 2006)

- Presenter, "Perspectives from In-House Counsel: Implementing Effective Document Retention Policies in the Real World" (with Odette Wilkins, and Robert Miller)

IQPC's "E-Discovery Real World Solutions and Practical Strategies in a Complex and Challenging Environment" (Miami, Florida, February 27-March 2, 2006)

- Presenter, "Sedona Working Group Insights" (with Timothy M. Opsitnick, and Diane Carlisle)

Georgetown University Law School (Washington, D.C., February 3, 2006)

- Guest lecturer on electronic discovery and records management issues

The Canadian Institute's E-Document Management & Discovery Conference (Toronto, Ontario, January 30-31, 2006)

- Opening Presenter, "E-Discovery American Style: Examining the Latest Trends in Electronic Document Production South of the Border"
- Presenter, "A Guide to Best Practices in the Discovery of E-Documents: Analyzing *The Sedona Principles* and the Ontario Task Force Recommendations" (with Hon. Colin Campbell, and Susan B. Wortzman)

Pike and Fischer's Audioconference "Privilege in Peril: Judges' Perspectives on Privilege Problems Associated with Electronically Stored Information" (January 11, 2006)

- Moderator, (with Hon. Paul W. Grimm, Hon. John M. Facciola, and Hon. Ronald J. Hedges)

Georgetown University Law Center's Advanced E-Discovery Institute: "Practical Concerns, Pragmatic Advice, Emerging Trends" (Washington, D.C., November 17-18, 2005)

- Co-Chair

Eighth Circuit Court of Appeals' Annual Judicial Conference (Colorado Springs, Colorado, October 27-29, 2005)

- Presenter, "Electronic Discovery" (with Hon. Shira A. Scheindlin, Hon. John L. Carroll (ret.), Dean Ellen Y. Suni, and Ariana J. Tadler)

South Dakota Bar Association Seminar, "Electronic Records Management and Production" (Rapid City, South Dakota, October 14, 2005)

- Presenter, "Electronic Discovery: From Fear to Solutions" (with Craig D. Ball, and Browning E. Marean III)

LegalWeek Litigation Management Forum 2005 – A Digital Age (London, England, September 21, 2005)

- Presenter, "International Perspectives" (with Hon. Jay C. Francis, Michele C.S. Lange, and Richard Susskind)
- Moderator, "Computer Forensics – Finding the Smoking Gun"

American Judges Association/American Judges Foundation 2005 Annual Education Conference (Anchorage, Alaska, September 19, 2005)

- Presenter, "A Mini-Sedona: Dialogue on E-Discovery: Guidelines and Principles for Trial Judges"

The Sedona Conference® Working Group Addressing Best Practices for Electronic Document Retention and Production, 2005 Annual Meeting (Vancouver, British Columbia, September 14-16, 2005)

- Program Chair

The Sedona Conference® International Working Group on Electronic Information Management, Disclosure and Discovery, 2005 Meeting (Clare College, Cambridge, England, July 15-17, 2005)

- Participant

25

2005 Managing Electronic Records Conference (Cohasset and Associates; Chicago, Illinois, May 23-24, 2005)

- Presenter, "ERM Case Law: The Latest News, Trends and Issues" (with Carol L. Eoannou)
- Presenter, "Management Evidence: The Escalating, Unrecognized Requirements of Compliance, SOX and the Courts" (with Rae N. Cogar)

Defense Research Institute, 2005 Electronic Discovery Program (Washington, D.C., May 20, 2005)

- Presenter, "Outside Counsel Practice Demonstration" (with M. James Daley)

Electronic Discovery Program for the Federal Bar Association, Maryland Chapter (Greenbelt, Maryland, May 19, 2005)

- Presenter, "Motion Practice Demonstration" (with Hon. Paul W. Grimm, Robert A. Eisenberg, and Carmen Oveissi)

American Law Institute – American Bar Association (ALI-ABA), Electronic Records Management and Digital Discovery Program (Chicago, Illinois, May 13, 2005)

- Presenter, "Discovery and Judicial Decisions" (with Hon. Ronald Hedges, Amy Longo, and Kenneth J. Withers)
- Demonstration, "Spoliation Hearing and Motion for Sanctions" (with Hon. Nan Nolan, and Amy Longo)
- Presenter, "Ethical Considerations in Electronic Discovery" (with Hon. James Rosenbaum, and Kenneth J. Withers)

National Archives and Records Administration 17th Annual Records Administration Conference (RACO 2005) (Washington, D.C., May 12, 2005)

- Keynote Address, *"The Sedona Guidelines* in the Federal Context"

E-Discovery "A-Z Workshop" (Washington D.C., May 10-11, 2005)

- Faculty Presentations (with Stuart Hanley, Benjamin Hawksworth, Browning E. Marean, III, John J. Rosenthal, Jeane Thomas and moderators Craig D. Ball, and Christopher Wall)

Product Liability Advisory Council Program on Electronic Discovery (San Antonio, Texas, April 28, 2005)

- Presenter, "Legal Framework for Defensible Electronic Records Management Policies and Practices"
- Panel Presentation (with Edward C. Wolfe, and Melissa Scheppele)

The Sedona Conference® Working Group Addressing Best Practices for Electronic Document
Retention and Production, 2005 Mid-Year Meeting (Cambridge, Maryland, April 20-22, 2005)

- Program Chair
- Presenter, "Safe Harbors" (with Ariana J. Tadler, and Adam Cohen)
- Presenter, *The Sedona Guidelines* Addressing the Management of Electronic Information
  and Records in the Digital Age: Public Comments and Possible Revisions" (with Lori Ann
  Wagner, and Charles R. Ragan)

LegalTech 2005 (New York, New York, February 1, 2005)

- Moderator, "The Post-Zubulake Legal Climate" (with Hon. Robert B. Collings, Jeffrey
  Greenbaum, and Lori Ann Wagner)

American Bar Association Committee on Corporate Council CLE Seminar (Orlando, Florida,
February 18, 2005)

- Moderator, "E-Discovery, Document Retention and the Role of the In-House Lawyer" (with
  Joseph A. Hanzcor, Anne Kershaw, Hon. Shira A. Scheindlin, and George J. Socha, Jr.)

Electronic Evidence and Discovery: Part 2, Professional Education Broadcast Network
(Teleconference, January 12, 2005)

- Presenter (with co-presenter Kenneth J. Withers, and moderator Helen Bergman Moure)

Federal Information and Records Managers (FIRM) Council, Fall Forum 2004, "Voices from the
Desert: *The Sedona Principles*, the Courts, and Legal Issues Affecting Federal Agency
Electronic Records Management" (Washington, D.C., December 8, 2004)

- Presenter, "*The Sedona Principles* and *The Sedona Guidelines*: What Can They Do for
  You?"

Essential Checklist for Electronic Discovery (D.C. Bar Association, Washington, D.C.;
November 16, 2004)

- Faculty Presentation (with Kenneth J. Withers (faculty chair), Robert A. Eisenberg, Hon.
  John M. Facciola, and Virginia Llewellyn)

27

United States Court of Federal Claims, 17th Judicial Conference (Washington, D.C., November 9-10, 2004)

- Presenter, "Electronic Discovery: Current Issues and Practical Guidelines for Conducting E-Discovery; Spoliation; Preservation Requirements; Checklists for Propounding and Responding to E-Discovery Requests; Protecting Privileges; Costs and Costshifting" (with co-presenters Hon. John M. Facciola and Major Jennifer S. Zucker, and moderator Kenneth J. Withers)

National Forum on E-Discovery and Corporate Compliance (Kansas City, Missouri, November 1, 2004)

- Presenter, "National Practitioners' Analysis" (with Hon. John L. Carroll)

The Sedona Conference® Working Group Addressing Best Practices for Electronic Document Retention and Production, 2004 Annual Meeting (Sedona, Arizona, October 15-17, 2004)

- Program Chair
- Presenter, "Case Law Developments" (with Kenneth J. Withers)
- Presenter, "Future Projects" (with Richard Braman)

Georgetown University Law Center, "New Realities in E-Discovery" (Washington, D.C., October 7-8, 2004)

- Keynote Address, "The Road to Sedona: An Examination of the Development of Reasonable Principles for Electronic Document Production, Their Limits, and Their Relevance to You"
- Presenter, "What is The Sedona Working Group® on Electronic Documents and What Is It Saying About 'Best Practices' for E-Discovery and Electronic Record Management" (with co-presenters Kevin F. Brady, Conor R. Crowley, Robert A. Eisenberg, Carol L. Eoannou, John J. Rosenthal, and moderator Kenneth J. Withers)

2004 Managing Electronic Records Conference (Cohasset and Associates, Chicago, Illinois, May 24-25, 2004)

- Keynote Presentation, "ARMA/AIIM/Cohasset Electronic Records Management Survey: Making It Work for You!" (with Robert F. Williams, Thomas Y. Allman, and Jeffrey B. Ritter)
- Presenter, "Management Evidence: The Escalating, Unrecognized Requirements of Compliance, SOX and the Courts" (with Rae N. Cogar, and Jeffrey B. Ritter)

Defense Research Institute Electronic Discovery Program (New York, New York, April 29, 2004)

- Presenter, "Judicial and Case Law Trends Relative to the Competing Definitions of Electronic Discovery"

United States Department of the Treasury, Records and Information Management Month Closing Program (Washington, D.C., April 27, 2004)

- Keynote Presentation, "Electronic Discovery: The Intersection of Litigation and Records and Information Management"

The Sixth Annual Sedona Conference on Complex Litigation (Sedona, Arizona, March 25-26, 2004)

- Program Chair
- Presenter, "Revised *Sedona Principles* Regarding Electronic Document Production:  What's New and How You Should Use It" (with Hon. John L. Carroll, John H. Jessen, and Ashish S. Prasad)
- Presenter, "Electronic Document Retention: From Theory to Reality: What has Happened to Record Creation and Retention in Government and Business, and Does it Matter?" (with Thomas Y. Allman, Richard Middleton, and Edward C. Wolfe)

Electronic Discovery and Evidence in Government Contract Litigation (D.C. Bar Association; Washington, D.C., March 16, 2004)

- Faculty Presentation (with Kenneth J. Withers, Hon. Matthew Watson, C. Coleman Bird, Daniel Regard, Holly Emrick Svetz, and Leslie Wharton)

Judicial Conference Advisory Committee on the Federal Rules of Civil Procedure Conference on Electronic Discovery, 73 Fordham L. Rev. 1-151 (2004) (Fordham University, New York, February 20-21, 2004)

- Panel Six Presenter, "Rules 26 and 34: Protection Against Inadvertent Privilege Waiver," (with co-presenters Sheila L. Birnbaum, Daniel J. Capra, Joseph R. Saveri, and moderator Edward H. Cooper) 73 Fordham L. Rev. 101-118 (2004)

Judge Advocates Association Inn of Court, Prettyman-Leventhal Inn of Court (Washington, D.C., January 13, 2004)

- Presenter, "Litigating with Technology: Electronic Discovery – Complex and Ethical Issues Raised by Onslaught of Electronic Data"

D.C. Litigation Support Managers Monthly Meeting (Washington, D.C., November 19, 2003)

- Presenter, "Developing Best Practices for Electronic Document Production: A Brief Overview of *The Sedona Principles*"

29

International Law & Technology Forum (Center for American and International Law, Dallas Texas, November 3-4, 2003)

- Presenter, "Using Technology to Better Manage and Adjudicate Disputes" (with Greg Osinoff, Timothy M. Opsitnick, and Gregory P. Schaffer)
- Presenter, "Developing Best Practices for Electronic Document Production: A Brief Overview of *The Sedona Principles*"

The Sedona Conference® Working Group Addressing Best Practices for Electronic Document Retention and Production, 2003 Annual Meeting (Santa Fe, New Mexico, October 15-17, 2003)

- Program Chair
- Presenter, "Duty to Preserve: Scope, Limitations and Implementation" (with Gary Hayden, Charles R. Ragan, and Kenneth Shear)
- Presentation and Discussion of Revisions to the Production Principles for Final Publication (with Jason Fliegel, Ted S. Hiser, and Ashish S. Prasad)
- Presenter, "What The Sedona Conference Working Group Can and Should Do: Key Issues for Resolution by the Retention Principles Project Teams" (with Lori Ann Wagner)
- Presenter, "Privilege & Privacy vs. Efficiency: An Examination of the Risks and Rewards (as well as the Legal & Ethical Limitations) of the 'Clawback' form of Production" (with Steven C. Bennett, Gary L. Hayden, and Laura Owens)
- Presenter, "Going Forward: Continuing Projects, New Ideas & Opportunities for the Working Group in 2004" (with Richard Braman, John H. Jessen, and Ashish S. Prasad)

United States Court of Federal Claims, 16th Judicial Conference (Shepherdstown, West Virginia, October 13-14, 2003)

- Presenter, "Computer-Related Discovery" (with co-presenters Hon. John M. Facciola, Stuart Bassin, and moderator Hon. Francis M. Allegra)

Glasser Legal Works Seventh Annual Electronic Discovery Seminar (New York, New York, October 9, 2003)

- Presenter, "Audits & Preservation: How to Manage Electronic Data, Control Costs & Avoid Spoliation" (with Charles R. Kellner, Larry Kanter, and moderator Francis J. Burke)
- Presenter, "Containing Electronic Discovery Costs" (with Kristin M. Nimsger, Kelly J. Kutchta, and moderator Deborah Junke)

Judicial Conference of Virginia (Virginia Beach, Virginia, September 30, 2003)

- Presenter, "Discovery and Use of Electronic Evidence: What Every Virginia Judge Needs to Know" (with Steven E. Noona)

Mealey's Practical Skills Series: Toxic Tort Litigation Conference (Philadelphia, Pennsylvania, September 29-30, 2003)

- Presenter, "Records, Documents & E-Discovery" (with James Gordon)

BNA Litigation Forum: Electronic Discovery & Document Retention "Who Pays the Bill" (Washington, D.C., September 26, 2003)

- Presenter, "Practical and Tactical Advice Regarding Cost Allocation and Electronic Discovery" (with Paul Bland, and moderator Hon. John L. Carroll)

2003 Managing Electronic Records Conference (Cohasset and Associates; Chicago, Illinois, September 22, 2003)

- Presenter, "Developing Best Practices for Electronic Document Production: A Brief Overview of *The Sedona Principles*"

The Paperless Trial: Electronic Evidence in 2003, Federal Bar Convention Judicial Education Presentation and Session for Attendees (Alexandria, Virginia, September 17, 2003)

- Presenter, "Developing Best Practices for Electronic Document Retention and Production: A Brief Overview of *The Sedona Principles*"

LegalTech (New York, New York, September 16-17, 2003)

- Panel Presentation on "E-Discovery Developments"

Managing Electronic Discovery in the Age of Technology Seminar (Washington, D.C., July 16, 2003)

- Presenter, "Show me the Money: Cost, Scope and Burden Issues"
- Presenter, "Developing Best Practices for Electronic Document Retention and Production: A Legal Perspective and Presentation of *The Sedona Principles*"

Marcusevans Legal Technology Summit (Los Angeles, California, May 5, 2003)

- Presenter, "Developing Best Practices for Electronic Document Retention and Production: The Legal Perspective"

BNA Litigation Forum, Electronic Discovery and Document Retention 2003 (New York, New York, May 1-2, 2003)

- Presenter, "Who Pays the Bill?" (with Hon. James C. Francis, and Michael Zweig)

The Fifth Annual Sedona Conference on Complex Litigation (Sedona, Arizona, April 24-25, 2003)

- Presenter, "Electronic Discovery: Overview of the Law and Presentation of The Sedona Conference Working Group's Whitepaper on Electronic Discovery" (with Kenneth Shear)
- Presenter, "Discovery of Back-up Tapes, E-mail, Metadata and Deleted Data" (with Hon. James M. Rosenbaum, Vance Opperman, Mary Boies, Hon. Carol Heckman, Monica Wiseman Latin, and Stephen Snyder)
- Presenter, "Best Practices for Electronic Document Production" (with Francis Burke, and Kenneth Shear)
- Presenter, "The Future of Electronic Document Retention and Production" (with Francis Burke, and Hon. James M. Rosenbaum)

Electronic Discovery: Tips, Tactics & Technology 2003 (Washington, D.C., April 1, 2003)

- Panel Presentation (with Mary Kay Brown, and William Furnish)

Essential Checklist for Electronic Discovery (D.C. Bar Association; Washington D.C., November 8, 2002)

- Faculty presentation (with Kenneth J. Withers (faculty chair), Robert A. Eisenberg, Hon. John M. Facciola, Deborah Junke, and Daniel Prywes)

The Sedona Conference® Working Group Addressing Best Practices for Electronic Document Retention and Production, 2002 Inaugural Meeting (Phoenix, Arizona, October 16-17, 2002)

- Program Co-Chair
- Presenter, "Overview of Conference Objective" (with Thomas Y. Allman)
- Presenter, "Corporate Risk Reduction and Electronic Documents Outside of Litigation: In Search of Document Retention Policies that are Legally Proper and Practically Sound" (with Gary L. Hayden)
- Presenter, "The Whitepaper and Conference Wrap Up" (with Timothy Moorehead)

LegalTech (New York, New York, September 20, 2002)

- Presenter, "E-Discovery Developments including Lessons from Enron/Anderson" (with Paul Robertson, and Kristopher Sharrar)

The Fourth Annual Sedona Conference on Complex Litigation (Sedona, Arizona, May 1-3, 2002)

- Conference Reporter

32

American Bar Association Section of Litigation, Product Liability Midyear Meeting (Orlando, Florida, March 22, 2002)

- Presenter, "Cross-Border Discovery and the Influence of Computer Data and E-mail" (with David R Buchanan, Hal Walter, Hon. James R. Jorgensen, Hon. Karen Wells Roby, Leonard A. Davis, Marcia Meyer, and Kim Moore)

Georgetown University Law Center Sixth Annual Corporate Counsel Institute (Washington, D.C., March 14-15, 2002)

- Presenter, "Technology Tips for the Law Department" (with Ronald F. Bianchi, Lance Odegard, and Timothy M. Opsitnick)

District of Columbia Bar Association Electronic Discovery Program (Washington, D.C., January 25, 2002)

- Faculty Presentation (with Abbey G. Hairston (faculty chair), Kenneth J. Withers, and Deborah Junke)

Glasser Legal Works Fifth Annual Electronic Discovery Seminar (New York, New York, December 6, 2001)

- Presenter, "Preserving and Analyzing Data/Assessing the Costs and Determining Who Pays" (with Hon. Robert B. Collings, David J. Lender, David B. Draper, Peter Toren, Thomas Y. Allman, Gary Carignan, Joseph Looby, Deborah Junke, Daniel Regard, and moderator Kenneth J. Withers)

Glasser Legal Works Fifth Annual Electronic Discovery Seminar (New York, New York, December 6, 2001; Chicago, Illinois, November 16, 2001)

- Presenter, "Preserving and Analyzing Data" (with Matthew M. Neumeier, David B. Draper, and moderator Kenneth J. Withers)
- Presenter, "Assessing the Costs and Determining Who Pays" (with Gary Carignan, Michael A. Sanders, Daniel Regard, and moderator Kenneth J. Withers)

Kroll OnTrack E-Discovery CLE Program (Washington, D.C., July 24, 2001)

- Presenter, "21st Century Discovery Issues" (moderated by Charles Nesson)

The Third Annual Sedona Conference on Complex Litigation (Santa Fe, New Mexico, April 19-20, 2001)

- Presenter, "Civil RICO" (with Rudolph F. Pierce, Hon. Jed S. Rakoff, and Daniel Shulman)
- Presenter, "Discovery Issues: Computerized Data" (with Barbara Caulfield, and Ronald J. Cohen)

33

The Second Annual Sedona Conference on Patent Litigation (Sedona, Arizona, November 9-10, 2000)

- Presenter, "Focus Groups and Jury Consultants" (with Ann Harriet Cole, and Craig W. Weinlein)
- Presenter, "Demonstrative Exhibits" (with Ronald J. Schutz, and Alan Treibitz)

Insurance Claims (Bloomington, Minnesota, March 3, 1999)

- Presenter, "An Update of Advertising Injury Coverage"

St. Cloud Chapter of the Minnesota Paralegal Association (St. Cloud, Minnesota, December 1998)

- Presenter, "Documents in Litigation"

John E. Simonett Inn of Court in St. Cloud, Minnesota (June 1998)

- Presenter, "Jury Selection in the Minnesota Tobacco Litigation"

Insurance Claims and Management (Minneapolis, Minnesota, November 19, 1996)

- Presenter, "Renewals, Exclusions and Problems"

Hennepin County Bar Association Insurance Law Section (Minneapolis, Minnesota, September 1996)

- Presenter, "Review of Past Year's Insurance Cases in Minnesota"

Advising Human Services Providers (Bloomington, Minnesota, July 28, 1994)

- Presenter, "What Human Services Providers Need to Know About Insurance:  A Starting Point"

## REPRESENTATIVE LITIGATION EXPERIENCE

*In Re Blue Cross Blue Shield Antitrust Litig. MDL 2406*, 13CV20000 (N.D. Al. 2013-present)

*In Re Wellington Ins. Co., et al., Hail Storm Litig.,* MDL CAUSE NO. 13-0123 (Hidalgo County, Texas 2013-present)

*Progressive Casualty Ins. Co. v. State Farm Mut. Auto. Ins. Co.,* 12CV01068 (N.D. Ohio 2012-present)

34

*Dish Network LLC v. Fun Dish Inc.*, 08CV01540 (N.D. Ohio 2011-present)

*Personalized Media Communications, L.L.C. v. Echostar Corp.*, 08CV00070 (N.D. Tex. 2011- present)

*Professional Massage Training Center, Inc. v. Accreditation Alliance of Career Schools and Colleges d/b/a The Accrediting Commission of Career Schools and Colleges,* 12-cv-911 (E.D. Va. 2013)

*Tullet Prebon Fin'l Servs. v. Suncica Reljic and Tradition Asiel Securities Inc.* (FINRA Arbitration No. 10-03265 2013).

*Federal Deposit Ins. Corp. v. Scott Van Dellen et al.,* 10CV04915 (C.D. Cal. 2012-2013)

*VOOM HD Holdings LLC v. EchoStar Satellite L.L.C.,* No. 600292/08 (N.Y. Sup., New York 2012)

*In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* MDL No. 2179 (E.D. La. 2012)

*Romero, et al. v. Allstate Ins. Co., et al.,* 01CV03894 (E.D. Pa. 2011-12)

*The Armenian Assembly of America, Inc., et al., v. Gerard L. Cafesjian, et al.,* 07-1259, 08-255, 08-1254 (D.D.C. 2011)

*Sjobring v. First American Title Co et al.,* BC329482 (Cal. Sup., Los Angeles 2010)

*Air Communications & Satellite, Inc., et al. v. EchoStar Satellite Corp., et al.,* 00 CV 3130 (District Court, Arapahoe County, Colo. 2010-11)

*In re: Medtronic, Inc., Sprint Fidelis Leads Products Liability Litig.,* 2008 WL 5476891  (D. Minn. 2008-2010)

*Dow Chemical Co. v. Reinhard et. al.,* 07CV12012 (E.D. Mich. 2007)

*Powertrain Inc. v. American Honda Motor Co., Inc.,*(N.D. Miss. 2006-07)

*Fastenetix, LLC v. Medtronic Sofamor Danek, Inc. et al.,* 06CV02070 (D.N.J. 2006)

*United States v. Philip Morris, Inc.,* 396 F.3d 1190 (D.C. Cir. 2005)

*Group Health Plan, Inc. v. Philip Morris, Inc.,* 344 F.3d 753 (8th Cir. 2003)

*Cooper v. Glickman,* No. 99-2002 (4th Cir. 2000)

*State ex rel. Humphrey v. Philip Morris, Inc.,* 606 N.W.2d 676 (Minn. Ct. App. 2000)

*Thompson v. American Tobacco Co., Inc.*, 189 F.R.D. 544 (D. Minn. 1999)

*Rinn v. Rinn*, 1996 WL 722100 (Minn. Ct. App. Dec 17, 1996); *Rinn v. Rinn*, 1995 WL 606593 (Minn. Ct. App. Oct 17, 1995)

*Together Development Corp. v. A Better Choice, Ltd.*, No. 95-35476 (9th Cir. 1996)

*Bradley Real Estate Inc. v. Sun Ray Hardware, Inc.*, 1996 WL 523801 (Minn. Ct. App. Sept. 17, 1996)

*Heritage Mut. Ins. Co. v. Croix Circuits, Inc.*, 1996 WL 118297 (Minn. Ct. App. Mar 19, 1996)

*Ross v. Briggs and Morgan*, 540 N.W.2d 843 (Minn. 1995)

*Anderson v. Minnesota Ins. Guar. Ass'n*, 534 N.W.2d 706 (Minn. 1995)

*Anderson v. Nierengarten*, 1995 WL 59130 (Minn. Ct. App. Feb 14, 1995)

*In re Marriage of Jordan v. Jordan*, 1995 WL 6444 (Minn. Ct. App. Jan 10, 1995)

*Employers Nat. Ins. Co. v. Breaux*, 516 N.W.2d 188 (Minn. Ct. App. 1994)

*Minnesota Developmental Achievement Center Ass'n v. Haas-Steffen*, 20 F.3d 889 (8th Cir. 1994)

*James v. Ford Motor Credit Co.*, 842 F. Supp. 1202 (D. Minn. Feb 7, 1994), *aff'd* 47 F.3d 961 (8th Cir. 1995)

*Mary T. Associates, Inc. v. Minnesota Dept. of Human Services*, 1993 WL 412994 (Minn. Ct. App. Oct 19, 1993)

**EDUCATION**

J.D., cum laude, University of Minnesota Law School (May 1991)

B.A., cum laude, Economics and Government and International Relations, University of Notre Dame (May 1988)

**BAR ADMISSIONS**

Minnesota (1991)
United States District Court for the District of Minnesota (1992)
United States Court of Appeals for the Eighth Circuit (1994)
United States Court of Appeals for the Ninth Circuit (1995)
United States Supreme Court (1995)
United States Court of Appeals for the Fourth Circuit (1999)
District of Columbia (2001)
United States District Court for the District of Columbia (2001)
United States Court of Appeals for the District of Columbia Circuit (2004)
United States District Court of the Eastern District of Michigan (2007)

**COMMUNITY ACTIVITIES**

Judge, 2013 ENACTUS High School Academic Business Competition (University of Virginia, March 8, 2013) (topic "Cyber Security")
Assistant Scout Master, Troop 50 Boy Scouts of America (Annandale, Virginia; 2002-2011)
Secretary, Holy Spirit School, Parent Teacher Organization (Annandale, Virginia; 2002-2003)
Treasurer, Holy Spirit School, Parent Teacher Organization (Annandale, Virginia; 2003-2004)
Parish Trustee, St. Patrick's Catholic Church (Inver Grove Heights, Minnesota; 2000-2001)
Member, Endowment Committee, St. Patrick's Catholic Church (Inver Grove Heights, Minnesota; 2000-2001)
Member, Parish Pastoral Council, St. Patrick's Catholic Church (Inver Grove Heights, Minnesota; 1992-2000)
        Vice Chair (1994-1997)
Notre Dame Club of Minnesota (1988-2001)