

| | SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|---|---|
| **SIDLEY** | 787 SEVENTH AVENUE | BOSTON | HOUSTON | SHANGHAI |
| | NEW YORK, NY 10019 | BRUSSELS | LONDON | SINGAPORE |
| | (212) 839 5300 | CHICAGO | LOS ANGELES | SYDNEY |
| | (212) 839 5599 FAX | DALLAS | NEW YORK | TOKYO |
| | | GENEVA | PALO ALTO | WASHINGTON, D.C. |

dspenner@sidley.com
(212) 839 7375

FOUNDED 1866

March 26, 2015

**MEMO ENDORSED**

**By ECF and Hand Delivery**

The Honorable James C. Francis IV
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
            3/27/15
```

Re: *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co., et al.*,
   No. 1:09-cv-03701-JPO-JCF (S.D.N.Y.)

Dear Judge Francis:

We write on Defendants' behalf to respectfully request that the Court amend its March 9, 2015 order denying Defendants' request to proceed with their previously noticed deposition of non-party William Buell (Dkt. 329) to clarify that, as Your Honor stated during the March 6, 2015 teleconference with the parties, Defendants may submit an affidavit from William Buell in connection with any motions by the parties for summary judgment.

On March 5, 2015, Defendants filed a letter motion requesting emergency relief to confirm that their previously noticed deposition of non-party William Buell could proceed the following week. (Dkt. 326.) The Court directed Lead Plaintiffs to file a response by the end of the same day (Dkt. 327) and scheduled a telephone conference with all parties for the next day, March 6, 2015, at 1:00 PM. During the telephone conference, the Court stated that Defendants' request would be denied because Mr. Buell already had been deposed by Lead Plaintiffs in this action and Defendants could submit an affidavit from Mr. Buell in connection with any motions for summary judgment and/or call him as a witness at trial. Following the telephone conference, on March 9, 2015, the Court endorsed Defendants' March 5, 2015 letter with the following order: "Application denied for the reasons discussed in the telephone conference on March 6, 2015. SO ORDERED." (Dkt. 329.)

Defendants recently learned that the March 6, 2015 telephone conference was neither transcribed nor audio recorded. Accordingly, for the avoidance of doubt, Defendants respectfully request that the Court's March 9, 2015 order be amended to add the following in order to clarify the reasons discussed in the March 6, 2015 telephone conference: "Defendants

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships



The Honorable James C. Francis IV
March 26, 2015
Page 2

may submit an affidavit from William Buell in connection with any motions by the parties for summary judgment."

Respectfully submitted,

Dorothy Spenner

Dorothy J. Spenner

cc: Luke O. Brooks (*via e-mail*)
Darryl J. Alvarado (*via e-mail*)

3/27/15

The March 9, 2015 Order is clarified as set forth above.

SO ORDERED.

James C. Francis IV
USMJ