

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SAN FRANCISCO |
| 787 SEVENTH AVENUE | BOSTON | HOUSTON | SHANGHAI |
| NEW YORK, NY 10019 | BRUSSELS | LONDON | SINGAPORE |
| (212) 839 5300 | CHICAGO | LOS ANGELES | SYDNEY |
| (212) 839 5599 FAX | DALLAS | NEW YORK | TOKYO |
| | GENEVA | PALO ALTO | WASHINGTON, D.C. |

astern@sidley.com
(212) 839 5397

FOUNDED 1866

April 2, 2015

**By Hand Delivery and ECF**

The Honorable James C. Francis IV
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co., et al.*, No. 1:09-cv-03701 (JPO) (JCF)

Dear Judge Francis:

      We write on behalf of the parties in the above entitled action to respectfully request the Court enter the Amended Stipulation and [Proposed] Order Governing Disclosure of Loan Samples (the "Proposed Order"), attached hereto as Ex. 1. The Proposed Order amends the Stipulation and Order Governing Disclosure of Loan Samples (Dkt. 317) only to extend the time for the parties to exchange objections to any loan samples by one week, from April 23, 2015 to April 30, 2015. The parties have agreed to this modest extension to allow for the scheduling of expert depositions.

                        Respectfully submitted,

                        */s/ Andrew W. Stern*

                        Andrew W. Stern

Attachment

cc:      Counsel of Record (*via ECF*)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.