# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

July 8, 2015

<u>Via ECF Filing</u>

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co.*, Civil Action No. 09-CV-03701(JPO) (JCF)

Dear Judge Oetken:

I write to respectfully request that I be terminated as an attorney in the above-captioned case, as the services of my firm are no longer required by the JPMorgan defendants.

Thank you for your consideration of this matter.

Respectfully submitted,

Richard F. Lubarsky

cc: Counsel of record (via ECF filing)